**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------  X
                                                       :
                                                       :
                                                       :
LIGHTHOUSE FINANCIAL GROUP,                            :
Individually and On Behalf of All Others              :  ECF CASE
Similarly Situated,                                    :
                                                       :  11-cv-00398 (GBD)
                              Plaintiff,               :
                                                       :
         v.                                            :
                                                       :
THE ROYAL BANK OF SCOTLAND                             :
GROUP PLC, SIR THOMAS FULTON                           :
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

                              Defendants.
----------------------------------------------------  X
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Royal Bank of Scotland

Group plc.  I certify that I am admitted to practice in this Court.

Dated: February 24, 2011

                                        Respectfully submitted,

                                        By: /s/ Paul A. Engelmayer_____
                                        Paul A. Engelmayer
                                        WILMER CUTLER PICKERING HALE
                                          AND DORR LLP
                                        399 Park Avenue
                                        New York, New York 10022

- 2 -

Tel.: 212-230-8800
Fax: 212-230-8888
Email: paul.engelmayer@wilmerhale.com