UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
LIGHTHOUSE FINANCIAL GROUP,
Individually and On Behalf of All Others : ECF CASE
Similarly Situated,
: 11-cv-00398 (GBD)
                Plaintiff,

   v.

THE ROYAL BANK OF SCOTLAND
GROUP PLC, SIR THOMAS FULTON
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

                Defendants.
------------------------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for defendant Royal Bank of Scotland Group plc. I certify that I am admitted to practice in this Court.

Dated: February 24, 2011

                              Respectfully submitted,

                              By: /s/ Robert W. Trenchard
                              Robert W. Trenchard
                              WILMER CUTLER PICKERING HALE
                                AND DORR LLP
                              399 Park Avenue
                              New York, New York 10022

Tel.: 212-230-8800  
Fax: 212-230-8888  
Email: robert.trenchard@wilmerhale.com