UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
:
LIGHTHOUSE FINANCIAL GROUP,           :
Individually and On Behalf of All Others    : ECF CASE
Similarly Situated,                                   :
                                                              : 11-cv-00398 (GBD)
                        Plaintiff,                     :
                                                              :
        v.                                                 :
                                                              :
THE ROYAL BANK OF SCOTLAND      :
GROUP PLC, SIR THOMAS FULTON      :
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

                        Defendants.
---------------------------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

   Please enter my appearance as counsel in this case for defendant Royal Bank of Scotland Group plc.  I certify that I am admitted to practice in this Court.

Dated: February 24, 2011

                                                            Respectfully submitted,


                                                            By: /s/ David S. Lesser_____
                                                            David S. Lesser
                                                            WILMER CUTLER PICKERING HALE
                                                              AND DORR LLP
                                                            399 Park Avenue
                                                            New York, New York 10022

Tel.: 212-230-8800
Fax: 212-230-8888
Email: david.lesser@wilmerhale.com