UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
: 
: 
: 
LIGHTHOUSE FINANCIAL GROUP, :
Individually and On Behalf of All Others : ECF CASE
Similarly Situated, :
: 11-cv-00398 (GBD)
Plaintiff, :
: 
v. : 
: 
THE ROYAL BANK OF SCOTLAND :
GROUP PLC, SIR THOMAS FULTON :
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

Defendants.
---------------------------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendant Royal Bank of Scotland Group plc.  I certify that I am admitted to practice in this Court.

Dated: February 24, 2011

    Respectfully submitted,

    By: /s/ Shauna K. Friedman
    Shauna K. Friedman
    WILMER CUTLER PICKERING HALE
     AND DORR LLP
    399 Park Avenue
    New York, New York 10022

- 2 -

                                         Tel.: 212-230-8800  
                                         Fax: 212-230-8888  
                                         Email: shauna.friedman@wilmerhale.com