UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X
:
:
LIGHTHOUSE FINANCIAL GROUP,           :
Individually and On Behalf of All Others : ECF CASE
Similarly Situated,                   :
                                      : 11-cv-00398 (GBD)
                Plaintiff,            :
                                      :
        v.                            :
                                      :
THE ROYAL BANK OF SCOTLAND            :
GROUP PLC, SIR THOMAS FULTON          :
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

                Defendants.
------------------------------------------------------ X

## RULE 7.1 STATEMENT OF DEFENDANT THE ROYAL BANK OF SCOTLAND GROUP PLC

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant The Royal Bank of Scotland Group plc ("RBS") discloses that it is incorporated under the laws of Scotland and its ordinary shares are admitted and listed on the London Stock Exchange and Euronext Amsterdam, and are also traded on other exchanges. RBS shares are listed on the New York Stock Exchange in the form of American Depositary Receipts ("ADRs"). RBS is majority-owned by the Government of the United Kingdom whose shareholding is registered in the name of the Solicitor for the Affairs of Her Majesty's Treasury as nominee for Her Majesty's Treasury, and is managed on its behalf by United Kingdom Financial Investments Limited. No other publicly-held company owns 10% or more of RBS stock.

Dated: February 24, 2011

- 2 -

                Respectfully submitted,

                By: /s/ David S. Lesser
                David S. Lesser
                WILMER CUTLER PICKERING HALE
                  AND DORR LLP
                399 Park Avenue
                New York, New York 10022
                Tel.: 212-230-8800
                Fax: 212-230-8888
                Email: david.lesser@wilmerhale.com
                *Attorneys for Defendant The Royal Bank of Scotland Group plc*