UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NO: 1:11-CV-00398-UA

LIGHTHOUSE FINANCIAL GROUP,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,
                  Plaintiff,

AFFIDAVIT OF
SERVICE

-against-

THE ROYAL BANK OF SCOTLAND GROUP
PLC, ET AL,
                  Defendants,

Nassau County, New York State: JOHN CLEERE
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
NEW YORK STATE
On MARCH 3, 2011 at 1:35 PM at 399 PARK AVENUE NEW YORK, NY 10022
Deponent served the within SUMMONS AND COMPLAINT, AMENDED CLASS ACTION COMPLAINT
On which were set forth the Index No., herein,
On SIR FREDERICK ANDERSON GOODWIN
C/O DAVID LESSER, ESQ.
WILMERHALE

| | |
|---|---|
| Service By Acceptance {XXX} | by delivering a true copy of each to CHRISTOPHER CARRION personally, who informed your deponent that he was authorized to accept service on behalf of David Lesser, Esq. & Sir Frederick Anderson Goodwin |
| Mailing {XXX} | Deponent also mailed a copy of same Post Paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on MARCH 4, 2011 |
| Description {XXX} | Sex: MALE   Color/Skin: WHITE  Hair: BROWN  Age (approx): 35-40 YRS Height (approx): 6'1"-6'4"   Weight (approx): 200-250 LBS   Other: |
| Military Service {XXX} | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

Sworn to before me on March 7, 2011

MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2014

JOHN CLEERE
LIC#1244813