MEMO ENDORSED



WILMERHALE

March 21, 2011

**Paul A. Engelmayer**

+1 212 230 8820 (t)
+1 212 230 8888 (f)
paul.engelmayer@wilmerhale.com

**By Hand**

Honorable Deborah A. Batts
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1581

Re: *In re Royal Bank of Scotland Group PLC Sec. Litig.*, 09 Civ. 300 (S.D.N.Y.) (DAB);
*Lighthouse Financial Group v. The Royal Bank of Scotland Group plc et al.*, No. 11 Civ. 398 (S.D.N.Y.) (GBD)

Dear Judge Batts:

I represent defendant The Royal Bank of Scotland Group plc ("RBS") in this case, and write on RBS's behalf to request an adjournment of the current motion to dismiss briefing schedule, in light of the March 7, 2011 motion by plaintiff-movant Lighthouse Financial Group ("Lighthouse") to consolidate *Lighthouse Financial Group LLC v. Royal Bank of Scotland Group PLC et. al.*, 11 Civ. 398 (GBD) with *In Re Royal Bank of Scotland Group PLC Securities Litigation*, 09 Civ. 300 (DAB) and *Gold v. Royal Bank of Scotland Group PLC*, 11 Civ. 1162 (NRB).

Under the Court's February 16, 2011 Order [DE 172], The Freeman Group, lead plaintiff in 09-300, filed an Amended Complaint on March 18, 2011. Absent adjournment, defendants' motion(s) to dismiss the Freeman Group complaint would be due on April 4.

However, the Lighthouse motion to consolidate raises the possibility that a motion to dismiss solely the Freeman Group complaint will be a waste of time and resources. If the Court were to grant the Lighthouse motion—and RBS takes no position on that issue—an entire new round of motion practice might be necessary.

We accordingly request that the Court adjourn the motion to dismiss schedule until such time as it has ruled on the Lighthouse motion to consolidate. We request that if the Court grants the motion, it set defendants' time to dismiss the consolidated complaint at 28 days after that complaint is served and filed. If the Court denies that motion, we request that the Court set defendants' time to dismiss the Freeman Group complaint at 14 days after the decision.

MEMO ENDORSED
Granted
/DAB/
03/25/11

SO ORDERED

Respectfully submitted,

Paul A. Engelmayer /pae/

Paul Engelmayer

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
March 25, 2011

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington