UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIGHTHOUSE FINANCIAL GROUP,

                Plaintiff,

v.

ROYAL BANK OF SCOTLAND GROUP, et al.,

                Defendants.



ORDER

11 cv 00398 (GBD)

GEORGE B. DANIELS, District Judge:

    The Conference scheduled for April 14, 2011, is rescheduled to April 13, 2011, at 9:30 am.

Dated: New York, New York
       April 1, 2011

                              SO ORDERED:

                              _____
                              GEORGE B. DANIELS
                              United States District Judge

1