UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:11-cv-00398-GBD <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al., | : : : | |
| Defendants. | : : | |
| ETHAN GOLD, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:11-cv-01162-NRB <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al., | : : : | |
| Defendants. | : : | |

IBEW LOCAL UNION NO. 58 PENSION TRUST FUND AND ANNUITY FUNDS' NOTICE
OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

619562_1

TO:	ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed lead plaintiff IBEW Local Union No. 58 Pension Trust Fund and Annuity Fund (the "Pension and Annuity Funds") will move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) appointing the Pension and Annuity Funds as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and (2) approving the Pension and Annuity Funds' selection of Robbins Geller Rudman & Dowd LLP as lead counsel.  In support of this motion, the Pension and Annuity Funds submit the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld and a [Proposed] Order.

DATED:  April 19, 2011	ROBBINS GELLER RUDMAN
	  & DOWD LLP
	SAMUEL H. RUDMAN
	DAVID A. ROSENFELD


	_____s/DAVID A. ROSENFELD_____
	DAVID A. ROSENFELD

	58 South Service Road, Suite 200
	Melville, NY  11747
	Telephone:  631/367-7100
	631/367-1173 (fax)

	ROBBINS GELLER RUDMAN
	  & DOWD LLP
	DARREN J. ROBBINS
	DANIELLE S. MYERS
	655 West Broadway, Suite 1900
	San Diego, CA  92101
	Telephone:  619/231-1058
	619/231-7423 (fax)

	[Proposed] Lead Counsel for Plaintiffs

- 1 -

619562_1

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 19, 2011.

    s/ DAVID A. ROSENFELD
    DAVID A. ROSENFELD

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    58 South Service Road, Suite 200
    Melville, NY  11747
    Telephone:  631/367-7100
    631/367-1173 (fax)

    E-mail:drosenfeld@rgrdlaw.com

619562_1

# Mailing Information for a Case 1:11-cv-00398-GBD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Charles H. Dufresne , Jr**
  cdufresne@sglawyers.com

- **Paul Adam Engelmayer**
  paul.engelmayer@wilmerhale.com

- **Shauna Kathleen Friedman**
  shauna.friedman@wilmerhale.com

- **David Sapir Lesser**
  david.lesser@wilmer.com,lesserda@yahoo.com

- **Robert Walter Trenchard**
  robert.trenchard@wilmer.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ethan Gold
,
Irving Firemen's Relief and Retirement Fund
,
```