UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.*,<br><br>                  Defendants. | 11 Civ. 398 (GBD) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-captioned cases for plaintiff Lighthouse Financial Group, LLC.  I certify that I am admitted to practice in this Court.

Dated:  April 21, 2011

                                              Respectfully submitted,

                                                /s James S. Notis
                                                 James S. Notis
                                             GARDY & NOTIS, LLP
                                             560 Sylvan Avenue
                                             Englewood Cliffs, New Jersey 07632
                                             Tel.: 201-567-7377
                                             Fax: 201-567-7337
                                             E-mail: jnotis@gardylaw.com

                                             *Attorney for Lighthouse Financial Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically on the 21st day of April 2011.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record in this action.

          /s James S. Notis
          James S. Notis