UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION | 09 Civ. 300 (DAB) |
| LIGHTHOUSE FINANCIAL GROUP, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.*,<br><br>     Defendants. | 11 Civ. 398 (GBD) |
| ETHAN GOLD, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.*,<br><br>     Defendants. | 11 Civ. 1162 (NRB) |

**NOTICE OF LIGHTHOUSE FINANCIAL GROUP LLC'S
CROSS-MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**

| | |
|---|---|
| **SADIS & GOLDBERG LLP**<br>Charles H. Dufresne, Jr.<br>551 Fifth Avenue, 21st Floor<br>New York, New York 10176<br>Tel: 212-573-6660<br>*Counsel for Plaintiff Lighthouse Financial Group LLC* | **GARDY & NOTIS, LLP**<br>Mark C. Gardy<br>James S. Notis<br>Kira German<br>560 Sylvan Avenue<br>Englewood Cliffs, New Jersey 07632<br>Tel: 201-567-7337 |

PLEASE TAKE NOTICE that plaintiff Lighthouse Financial Group LLC ("Lighthouse"), by its counsel, will hereby move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York 10007-1312, for an Order (i) appointing Lighthouse as lead plaintiff on behalf of purchasers of American Depository Receipts for ordinary shares of the Royal Bank of Scotland Group plc listed and traded on the New York Stock Exchange between March 1, 2007 and January 19, 2009, inclusive (the "ADR Class"); (ii) approving Lighthouse's selection of Gardy & Notis, LLP and Sadis & Goldberg LLP as co-lead counsel for the ADR Class; and (iii) granting Lighthouse such other and further relief as the Court deems appropriate. In support of this Cross-Motion, Lighthouse submits herewith a supporting Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that counsel for plaintiff Lighthouse hereby requests oral argument.

Dated: May 6, 2011

Respectfully submitted,

**SADIS & GOLDBERG LLP**

By: *s/ Charles H. Dufresne, Jr.*
Charles H. Dufresne, Jr. (CD-4864)
551 Fifth Avenue, 21st Floor
New York, New York 10176
Tel: 212-573-6660
Fax: 212-573-6661

**GARDY & NOTIS, LLP**

By: *s/ James S. Notis*
James S. Notis (JN-4189)
Mark C. Gardy
Kira German
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7337
Fax: 201-567-7377

*Counsel for Lighthouse Financial Group LLC*