UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ROYAL BANK OF SCOTLAND GROUP PLC SECURITIES LITIGATION | 09 Civ. 300 (DAB) |
| LIGHTHOUSE FINANCIAL GROUP, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.*,<br><br>    Defendants. | 11 Civ. 398 (GBD) |
| ETHAN GOLD, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.*,<br><br>    Defendants. | 11 Civ. 1162 (NRB) |

## DECLARATION OF JAMES S. NOTIS
## IN SUPPORT OF LIGHTHOUSE FINANCIAL GROUP LLC'S
## CROSS-MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

I, JAMES S. NOTIS, declare as follows:

1.      I am an attorney admitted to practice before this Court.  I am a partner with the

law firm Gardy & Notis, LLP, proposed co-lead counsel for plaintiff Lighthouse Financial Group

LLC ("Lighthouse").   I make this declaration in support of Lighthouse's Cross-Motion to Appoint Lead Plaintiff and Lead Counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the firm resume of Gardy & Notis, LLP.

3.      Attached hereto as Exhibit B is a true and correct copy of the firm resume of Sadis & Goldberg LLP.

4.      Attached hereto as Exhibit C is a true and correct copy of *New Jersey Carpenters Health Fund v. DLJ Mortgage Capital, Inc., et al.,* 08 Civ. 5653 (PAC) (S.D.N.Y. Dec. 15, 2010).

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of May 2011, at Englewood Cliffs, New Jersey.

  *s/ James S. Notis*
James S. Notis
