# EXHIBIT A

# Firm Resume of GARDY & NOTIS, LLP

Gardy & Notis, LLP specializes in large, complex litigation in the fields of securities, corporate governance, and mergers and acquisitions.  The attorneys at Gardy & Notis, LLP have served as a plaintiffs' lead counsel in some of the largest securities fraud class action recoveries, *In re BankAmerica Corp. Securities Litigation* ($490 million recovery), *In re Adelphia Communications Corporation Securities and Derivative Litigation* ($455 million recovery) and *In re Waste Management Inc., Securities Litigation* ($220 million recovery), and the firm as plaintiffs' lead counsel recently obtained a $930 million settlement in *In re UnitedHealth Group Incorporated Derivative Litigation*, which is the largest shareholder derivative action settlement ever achieved.

Gardy & Notis, LLP prides itself on the aggressive pursuit of its clients' goals and on the excellence of its work.  The firm fights to achieve the very best possible result for our clients no matter how difficult the obstacles or well financed the opposition.  Among the more prominent of the securities fraud class actions litigated by the firm's attorneys are:

- *In re BankAmerica Corp. Securities Litigation*, MDL No. 1264 (E.D. Mo.) ($490 million recovery);

- *In re Adelphia Communications Corporation Securities and Derivative Litigation*, MDL No. 1529 (S.D.N.Y.) ($455 million recovery);

- *In re Waste Management, Inc. Securities Litigation*, No. 97-cv-7709 (N.D. Ill.) ($220 million recovery);

- *Hirsch v. PSS World Medical, Inc.*, No. 98-cv-502 (M.D. Fl.) ($16.5 million recovery);

- *Cheney v. Cyberguard Corp.*, No. 98-cv-6897 (S.D. Fla.) ($10 million recovery); and

- *In re Adaptive Broadband Securities Litigation*, No. 01-cv-1092 (N.D. Cal) ($8.2125 million recovery).

The firm's recent appointments as lead counsel in securities fraud class actions include *In re Synchronoss Securities Litigation*, No. 08-cv-4437-GEB (D.N.J.), *In re Opnext, Inc. Securities Litigation*, No. 08-cv-920-JAP (D.N.J.), *Pittleman v. Impac Mortgage Holdings, Inc.,* No. 07-cv-970-AG (C.D. Cal.) and *In re Sears Holdings Corporation Securities Litigation*, No. 06-cv-4053-LAK (S.D.N.Y.).

The attorneys at Gardy & Notis, LLP also have extensive experience in litigating corporate governance, derivative, and M&A transactional cases.  Our reputation for excellence and creativity in the area of director liability for breach of fiduciary duty and corporate governance are demonstrated by cases such as:

- *In re UnitedHealth Group Incorporated Derivative Litigation*, No. 27-CV-06-8085, Minnesota District Court, Hennepin County ($930 million recovery);

- *In re The Student Loan Corporation Litigation*, C.A. No. 5832-VCL, Delaware Court of Chancery ($10 million increase in purchase price, representing 8.3% more than that achieved by the board of directors);

- *In re Aramark Corporation Shareholders Litigation*, C.A. No. 2117-VCN, Delaware Court of Chancery ($222 million increase in purchase price and management voting control reduced from 37% to 3.5%);

- *Rice v. Lafarge North America Inc.*, Civil No. 268974-V, Circuit Court for Montgomery County (Business and Technology Court), Maryland ($353 million increase in purchase price);

- *Lang v. The Reader's Digest Association, Inc.*, C.A. No. 19574-NC, Delaware Court of Chancery ($21 million increase to shareholders in recapitalization);

- *In re Travelers Property Casualty Corp. Securities Litigation*, C.A. No. 17902-NC, Delaware Court of Chancery ($25.7 million increase in purchase price above that achieved by the board of directors); and

- *In re SFX Entertainment Inc. Securities Litigation*, C.A. No. 17818-NC, Delaware Court of Chancery ($34.5 million increase in purchase price).

The firm's recent appointments as lead counsel in corporate governance, derivative, and M&A transactional cases include *In re UnitedHealth Group Incorporated Derivative Litigation*, No. 27-CV-06-8085, (Minnesota District Court, Hennepin County), *In Re Primedia Inc. Derivative Litigation*, C.A. No. 1808-VCL (Delaware Court of Chancery), *Rosky v. Farha* (*WellCare Health Plans, Inc. Derivative Litigation*), No. 07-cv-1952-RAL (M.D. Fla.) and *In re Herley Industries, Inc. Derivative Litigation*, No. 06-cv-2964-JS (E.D. Pa.).

The attorneys at Gardy & Notis, LLP have decades of litigation experience and are committed to litigating with the highest level of excellence and integrity and to protecting victims of corporate wrongdoing:

### MARK C. GARDY

Mr. Gardy received his B.A. from Rutgers University in 1981, where he graduated Phi Beta Kappa, with high honors. He received his J.D, *cum laude*, from New York Law School in 1984. Mr. Gardy is admitted to the Bar of the State of New York, the State of New Jersey and the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

Mr. Gardy has served on panels for the Council of Institutional Investors and on a panel on D&O Liability Insurance for the American Conference Institute. He has been featured on CNBC's *Squawk Box* and in *The New York Times*. Mr. Gardy was also listed as a New Jersey Super Lawyer in 2008, 2009, 2010 and 2011.

Prior to forming Gardy & Notis, LLP, Mr. Gardy was a named partner in the law firm Abbey Gardy, LLP.

### JAMES S. NOTIS

Mr. Notis received his B.A. from Brandeis University in 1991 and his J.D. from Benjamin N. Cardozo School of Law in 1994. Mr. Notis is admitted to the Bar of the State of New York, the State of New Jersey, the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and the United States Court of Appeals for the Fifth Circuit.

Mr. Notis has served as a panelist for the Practicing Law Institute for Securities Litigation and Enforcement.

Prior to forming Gardy & Notis, LLP, Mr. Notis was a partner in the law firm Abbey Gardy, LLP.

### JENNIFER SARNELLI

Ms. Sarnelli received her B.A. from The American University in 1996 and her J.D from Seton Hall University School of Law in 2002, where she was a comments editor for the *Seton Hall Law Review*. Ms. Sarnelli is admitted to the Bars of the State of New York, the State of New Jersey, the State of California, the District of Columbia (inactive), the United States District Courts for the Southern District of New York, District of New Jersey and the Northern District of California, and the United States Court of Appeals for the Ninth Circuit.

Ms. Sarnelli is an accomplished litigator of numerous securities, antitrust and consumer class actions, and was listed as a New Jersey Super Lawyer: Rising Star in 2009, 2010 and 2011. Prior to joining Gardy & Notis, LLP, Ms. Sarnelli worked at two prominent New Jersey law firms where she litigated class action cases on behalf of plaintiffs. She also worked for a class action notice expert where she specialized in developing plain language notices designed to better inform class members about their legal rights. Ms. Sarnelli has also worked for the New Jersey General Assembly, Democratic Office and served as an intern in the Office of the First Lady.

### KELLY A. NOTO

Ms. Noto received her B.A. in Criminal Justice from the University of Delaware in 2002 and her J.D. from Seton Hall University School of Law in 2005, where she served as Editor in Chief of the *Seton Hall Legislative Journal*. Ms. Noto is admitted to the Bar of the State of New York, the State of New Jersey and the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

### CHARLES A. GERMERSHAUSEN

Mr. Germershausen received his B.S., *cum laude*, in Finance from Seton Hall University in 2003 and his J.D. from Widener University School of Law in 2006. Prior to joining Gardy & Notis, LLP, Mr. Germershausen served as the law clerk to The Honorable Vincent LeBlon, J.S.C., and The Honorable Melvin Gelade, J.S.C., in the Superior Court of New Jersey, Middlesex County. Mr. Germershausen is admitted to the Bar of the State of New Jersey and the United States District Court for the District of New Jersey. Mr. Germershausen was listed as a New Jersey Super Lawyer: Rising Star for 2011.

### *KIRA GERMAN*

Ms. German received her B.A., *magna cum laude*, in Political Science and Economics from Brandeis University in 2003 and her J.D. from Cornell University Law School in 2007. While at Cornell, Ms. German served as an editor for the *Cornell International Law Journal*. Ms. German is admitted to the Bar of the State of New York, the State of New Jersey, the State of Connecticut and the United States District Court for the District of New Jersey.