UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
:
:
:
LIGHTHOUSE FINANCIAL GROUP, :
Individually and On Behalf of All Others : ECF CASE
Similarly Situated, :
: 11-cv-00398 (GBD)
Plaintiff, :
:
v. :
:
THE ROYAL BANK OF SCOTLAND :
GROUP PLC, SIR THOMAS FULTON :
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

Defendants.
------------------------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for defendants Royal Bank of Scotland Group plc, Sir Frederick Anderson Goodwin, Lawrence Fish, Guy Robert Whittaker, and John Cameron. I certify that I am admitted to practice in this Court.

Dated: May 12, 2011

          Respectfully submitted,

          By: /s/ Andrea J. Robinson
          Andrea J. Robinson
          WILMER CUTLER PICKERING HALE
            AND DORR LLP
          60 State Street
          Boston, MA 02109
          Tel.: 617-526-6360
          Fax: 617-526-5000
          Email: andrea.robinson@wilmerhale.com