UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
: 
: 
: 
LIGHTHOUSE FINANCIAL GROUP, :
Individually and On Behalf of All Others : ECF CASE
Similarly Situated, :
: 11-cv-00398 (GBD)
Plaintiff, :
: 
v. :
: 
THE ROYAL BANK OF SCOTLAND :
GROUP PLC, SIR THOMAS FULTON :
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

Defendants.
------------------------------------------------------- X

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendants Sir Frederick Anderson Goodwin, Lawrence Fish, Guy Robert Whittaker, Thomas F. McKillop, and John Cameron. I certify that I am admitted to practice in this Court.

Dated: May 31, 2011

    Respectfully submitted,

    By: /s/ Paul A. Engelmayer
    Paul A. Engelmayer
    WILMER CUTLER PICKERING HALE
      AND DORR LLP
    399 Park Avenue
    New York, NY 10022
    Tel.: 212-230-8820
    Fax: 212-230-8888
    Email: paul.engelmayer@wilmerhale.com