UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                        :
                                                        :
                                                        :
LIGHTHOUSE FINANCIAL GROUP,                             :
Individually and On Behalf of All Others                : ECF CASE
Similarly Situated,                                     :
                                                        : 11-cv-00398 (GBD)
              Plaintiff,                                :
                                                        :
     v.                                                 :
                                                        :
THE ROYAL BANK OF SCOTLAND                              :
GROUP PLC, SIR THOMAS FULTON                            :
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

              Defendants.
------------------------------------------------------- X

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for defendant Thomas F. McKillop. I certify that I am admitted to practice in this Court.

Dated: May 31, 2011

                                              Respectfully submitted,

                                              By: /s/ Andrea J. Robinson
                                              Andrea J. Robinson
                                              WILMER CUTLER PICKERING HALE
                                                AND DORR LLP
                                              60 State Street
                                              Boston, MA 02109
                                              Tel.: 617-526-6360
                                              Fax: 617-526-5000
                                              Email: andrea.robinson@wilmerhale.com