UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                                                                    :

LIGHTHOUSE FINANCIAL GROUP,        :
Individually and On Behalf of All Others    : ECF CASE
Similarly Situated,                               :
                                                         : 11-cv-00398 (GBD)
                       Plaintiff,                 :

         v.                                                  :

THE ROYAL BANK OF SCOTLAND         :
GROUP PLC, SIR THOMAS FULTON        :
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

                     Defendants.
------------------------------------------------------- X

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for defendants Sir Frederick Anderson Goodwin, Lawrence Fish, Guy Robert Whittaker, Thomas F. McKillop, and John Cameron.  I certify that I am admitted to practice in this Court.

Dated: May 31, 2011

                                               Respectfully submitted,

                                               By: /s/ Robert W. Trenchard
                                               Robert W. Trenchard
                                               WILMER CUTLER PICKERING HALE
                                                 AND DORR LLP
                                               399 Park Avenue
                                               New York, NY 10022
                                               Tel.: 212-230-8867
                                               Fax: 212-230-8888
                                               Email: robert.trenchard@wilmerhale.com