UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                                                      :

LIGHTHOUSE FINANCIAL GROUP, : 
Individually and On Behalf of All Others : ECF CASE
Similarly Situated, :
: 11-cv-00398 (GBD)
Plaintiff, :
:
v. :
:
THE ROYAL BANK OF SCOTLAND :
GROUP PLC, SIR THOMAS FULTON :
McKILLOP, SIR FREDERICK ANDERSON
GOODWIN, LAWRENCE FISH, GUY R.
WHITTAKER and JOHN CAMERON,

Defendants.
------------------------------------------------------- X

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for defendants Sir Frederick Anderson Goodwin, Lawrence Fish, Guy Robert Whittaker, Thomas F. McKillop, and John Cameron.  I certify that I am admitted to practice in this Court.

Dated: May 31, 2011

                                                      Respectfully submitted,

                                                      By: /s/ David S. Lesser_____
                                                     David S. Lesser
                                                     WILMER CUTLER PICKERING HALE
                                                       AND DORR LLP
                                                     399 Park Avenue
                                                     New York, NY 10022
                                                     Tel.: 212-230-8851
                                                     Fax: 212-230-8888
                                                     Email: david.lesser@wilmerhale.com