UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIGHTHOUSE FINANCIAL GROUP, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE ROYAL BANK OF SCOTLAND GROUP PLC, SIR THOMAS FULTON McKILLOP, SIR FREDERICK ANDERSON GOODWIN, LAWRENCE FISH, GUY R. WHITTAKER and JOHN CAMERON,

    Defendants.

ECF CASE

11-cv-00398 (GBD)

---

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Sir Frederick Anderson Goodwin, Lawrence Fish, Guy Robert Whittaker, Thomas F. McKillop, and John Cameron. I certify that I am admitted to practice in this Court.

Dated: May 31, 2011

Respectfully submitted,

By: /s/ Shauna Friedman
Shauna Friedman
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel.: 212-295-6361
Fax: 212-230-8888
Email: shauna.friedman@wilmerhale.com