Filed on behalf of the Plaintiff
Deponent: Peter Mark Jackson
1st Affidavit of Deponent
Exhibits: None
Sworn: 9th May 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                     No. 1:11-cv-00398-UA

B E T W E E N:

LIGHTHOUSE FINANCIAL GROUP
Individually and On Behalf of All Others Similarly Situated

Plaintiff

-v-

THE ROYAL BANK OF SCOTLAND GROUP PLC, SIR THOMAS FULTON McKILLOP,
SIR FREDERICK ANDERSON GOODWIN, LAWRENCE FISH,
GUY R. WHITTAKER and JOHN CAMERON

Defendants

---

### AFFIDAVIT OF PROCESS SERVER

---

I, Peter Mark Jackson, agent of Ely Consultants of PO Box 174, Thetford, IP24 2WY in the County of Norfolk, England, Process Server and not a party to these proceedings, for the purpose of service instructed by Sadis & Goldberg LLP of 551 Fifth Avenue, 21st Floor, New York, NY 10176, United States of America, Attorneys for the Plaintiff, make Oath and say:

1. **THAT** I did on Tuesday the 26th day of April 2011 at 1900 hours serve Sir Thomas Fulton McKillop, one of the above-named Defendants with a Amended Class Action Complaint Jury Trial Demanded dated 25th day of January 2011, a Summons in A Civil Action (11 CIV 0398) dated the 19th day of January 2011, a Class Action Complaint Jury Trial Demanded (11 CIV 0398) dated 19th day of January 2011 and an Exhibit "A" Certification of Proposed Lead Plaintiff Pursuant to the Federal Securities Laws signed by Robert Bradley, by leaving a true copy of the same with Sir Thomas Fulton McKillop personally at Moss Cottage, Lowes Lane, Gawsworth, Macclesfield SK11 9QR, England.

2. **THAT** at the time of service, the person so served readily admitted their identity to me.

Sworn to at

in the Country of England
this 9th day of May 2011

Before me,
Lee Parson  **A Solicitor**
*This Affidavit is filed on behalf of the Plaintiff*

A. H. BROOKS & CO.
73 HIGH STREET
CHEADLE
STAFFORDSHIRE
ST10 1AN