USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUN 13 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIGHTHOUSE FINANCIAL GROUP, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

v.

THE ROYAL BANK OF SCOTLAND GROUP PLC, *et al.*,

        Defendants.

ORDER

11 CV 00398 GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is directed to close motion # 29.

Dated: New York, New York
       June 13, 2011

                          SO ORDERED:

                          *George B. Daniels*
                          GEORGE B. DANIELS
                          United States District Judge