```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                        :
LIGHTHOUSE FINANCIAL GROUP, Individually :
and On Behalf of All Others Similarly Situated,
                                        :
                    Plaintiff,          :      11 Civ. 398 (GBD)
        -against-                       :
                                        :      ORDER
THE ROYAL BANK OF SCOTLAND GROUP        :
PLC., ET AL.,                           :
                                        :
                    Defendants.         :
                                        :
------------------------------------- x
```

GEORGE B. DANIELS, District Judge:

A conference in this matter is scheduled for August 17, 2011 at 9:30 a.m.

Dated: July 27, 2011
    New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 27 2011