AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

LIGHTHOUSE FINANCIAL GROUP,
          Plaintiff,

v.

THE ROYAL BANK OF SCOTLAND GROUP PLC,
          Defendant.

**APPEARANCE**

Case Number: 11 Civ. 398 (GBD)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Irving Firemen's Relief and Retirement Fund,
    and
    Bricklayers and Masons' Local Union No. 5, Ohio Pension Fund

    (movants)

I certify that I am admitted to practice in this court.

| 8/8/2011 | | *(signature)* | |
|---|---|---|---|
| Date | | Signature | |
| | | Thomas L. Laughlin | TL-8888 |
| | | Print Name | Bar Number |
| | | Scott+Scott LLP, 500 Fifth Avenue, 40th Floor | |
| | | Address | |
| | | New York     NY     10110 | |
| | | City     State     Zip Code | |
| | | (212) 223-6444     (212) 223-6334 | |
| | | Phone Number     Fax Number | |