UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG-1-9-2011
```

------------------------------------------------------- X
:
LIGHTHOUSE FINANCIAL GROUP, :
Individually and On Behalf of All Others : ECF CASE
Similarly Situated, :
: 11-cv-00398 (GBD)
Plaintiff, :
:
v. :
:
THE ROYAL BANK OF SCOTLAND :
GROUP PLC, SIR THOMAS FULTON :
McKILLOP, SIR FREDERICK ANDERSON :
GOODWIN, LAWRENCE FISH, GUY R. :
WHITTAKER and JOHN CAMERON, :
:
Defendants. :
------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF
## COUNSEL OF RECORD AND [PROPOSED ORDER]

**PLEASE TAKE NOTICE** that Paul A. Engelmayer of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance as counsel of record in the above captioned-matter for Defendant Royal Bank of Scotland Group plc. As of September 1, 2011 Mr. Engelmayer will no longer be a member of Wilmer Cutler Pickering Hale and Dorr LLP. Defendant remains represented by Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Engelmayer is not asserting a retaining or charging lien.

Dated: New York, New York
August 17, 2011

Respectfully submitted,

*/s/ Paul A. Engelmayer*

Paul A. Engelmayer
WILMER CUTLER PICKERING

ACTIVEUS 90358981v1

HALE & DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
paul.engelmayer@wilmerhale.com

*Attorney Royal Bank of Scotland Group plc*

SO ORDERED: AUG 18 2011

*George B. Daniels*

Honorable George B. Daniels
United States District Judge

ACTIVEUS 90358981v1