UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIGHTHOUSE FINANCIAL GROUP LLC,
Individually and On Behalf of All Others
Similarly Situated,

                           Plaintiff,

           -against-                                11-CV-398 (GBD)

THE ROYAL BANK OF SCOTLAND GROUP
PLC, ET AL.,

                           Defendants.
------------------------------------------------------------X
ETHAN GOLD, Individually and On Behalf of All
Others Similarly Situated,

                           Plaintiff,

           -against-                                11-CV-1162 (GBD)

THE ROYAL BANK OF SCOTLAND GROUP
PLC, ET AL.,

                           Defendants.
------------------------------------------------------------X

GEORGE B. DANIELS, District Judge:

       With the consent of all parties, the two-above-referenced cases are ordered consolidated for all purposes.

Dated:  August 18, 2011
           New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge