UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIGHTHOUSE FINANCIAL GROUP LLC,
Individually and On Behalf of All Others
Similarly Situated,

                                      Plaintiff,

                   -against-                                    11-CV-398 (GBD)

THE ROYAL BANK OF SCOTLAND GROUP
PLC, ET AL.,

                                Defendants.
------------------------------------------------------------X
ETHAN GOLD, Individually and On Behalf of All
Others Similarly Situated,

                                      Plaintiff,

                   -against-                                    11-CV-1162 (GBD)

THE ROYAL BANK OF SCOTLAND GROUP
PLC, ET AL.,

                                Defendants.
------------------------------------------------------------X

GEORGE B. DANIELS, District Judge:

       Movants IBEW Local Union No. 58 Pension Trust Fund and Annuity Fund's (the "Pension and Annuity Funds") motion for (1) appointment as lead plaintiff and (2) approval of their selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the plaintiff class is GRANTED.

       Pursuant to 15 U.S.C. §78u-4(a)(3)(B), the Pension and Annuity Funds have demonstrated that they have the largest financial interest in the relief sought by the class and otherwise satisfy the requirements of Fed. R. Civ. Pro. 23. They are capable of fairly and adequately protecting the interests of the class.

       Lighthouse Financial Group LLC's Cross-Motion for Appointment of Lead Plaintiff and Lead Counsel is DENIED.

Irving Fireman's Relief and Retirement Fund and Bricklayers and Masons' Local Union No. 5, Ohio Pension Fund's Motion for Appointment of Lead Plaintiff and Lead Counsel is voluntarily WITHDRAWN.

Dated:  August 18, 2011
        New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge