USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 6 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
::
LIGHTHOUSE FINANCIAL GROUP, :
Individually and On Behalf of All Others : ECF CASE
Similarly Situated, :
: 11-cv-00398 (GBD)
Plaintiff, :
:
v. :
:
THE ROYAL BANK OF SCOTLAND :
GROUP PLC, ET AL., :
:
Defendants. :
------------------------------------------------- X

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the undersigned counsel for the parties in the above-captioned consolidated action have conferred regarding scheduling matters;

WHEREAS, the undersigned counsel anticipate the filing of a consolidated amended complaint;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. Plaintiffs shall file a consolidated amended complaint on or before October 25, 2011.

2. Defendants need not answer, move, or otherwise respond to any complaint until January 6, 2012.

3. If defendants move to dismiss the consolidated amended complaint, plaintiffs' opposition shall be due on March 7, 2012.

4. Defendants' reply in support of their motion to dismiss shall be due on April 6, 2012.

- 1 -

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures on this stipulation shall be treated as original signatures.

Dated: September 14, 2011

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br><br>By: _____<br>Samuel H. Rudman<br>David A. Rosenfeld<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>Telephone: (631) 367-7100<br>Fax: (631) 367-1173<br>Email: srudman@rgrdlaw.com<br>Email: drosenfeld@rgrdlaw.com<br><br>Theodore J. Pintar<br>Darryl Alvarado<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Fax: (619) 231-7423<br>Email: Tpintar@rgrdlaw.com<br>Email: Dalvarado@rgrdlaw.com<br><br>*Attorneys for Lead Plaintiff IBEW Local Union No. 58 Pension Trust Fund and Annuity Fund* | WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>By: _____<br>Robert W. Trenchard<br>David S. Lesser<br>399 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br>Email: robert.trenchard@wilmerhale.com<br>Email: david.lesser@wilmerhale.com<br><br>Andrea J. Robinson<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Fax: (617) 526-5000<br>Email: Andrea.Robinson@wilmerhale.com<br><br>*Attorneys for defendants The Royal Bank of Scotland Group plc, Sir Thomas Fulton McKillop, Sir Frederick Anderson Goodwin, Lawrence Fish, Guy R. Whittaker, and Johnny Cameron* |

So ordered: SEP 16 2011

_/s/ George B. Daniels_