UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
LIGHTHOUSE FINANCIAL GROUP,            : Civil Action No. 1:11-cv-00398-GBD
Individually and on Behalf of All Others :
Similarly Situated,                     : <u>CLASS ACTION</u>
                                        :
                Plaintiff, :
                                        :
   vs.                                  :
                                        :
THE ROYAL BANK OF SCOTLAND              :
GROUP, PLC, et al.,                     :
                                        :
                Defendants. :
---------------------------------------------------------------- 
ETHAN GOLD, Individually and on Behalf of : Civil Action No. 1:11-cv-01162-NRB
All Others Similarly Situated,          :
                                        : <u>CLASS ACTION</u>
                Plaintiff, :
                                        :
   vs.                                  :
                                        :
THE ROYAL BANK OF SCOTLAND              :
GROUP, PLC, et al.,                     :
                                        :
                Defendants. :
---------------------------------------------------------------- x

MOTION TO ADMIT COUNSEL, DARRYL J. ALVARADO, *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David A. Rosenfeld, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Darryl J. Alvarado
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: DAlvarado@rgrdlaw.com

Darryl J. Alvarado is a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against Darryl J. Alvarado in any state or federal court.

DATED: September 15, 2011

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
THEODORE J. PINTAR
DARRYL J. ALVARADO
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
LIGHTHOUSE FINANCIAL GROUP,              : Civil Action No. 1:11-cv-00398-GBD
Individually and on Behalf of All Others :
Similarly Situated,                      : CLASS ACTION
                                         :
                    Plaintiff,           :
                                         :
        vs.                              :
                                         :
THE ROYAL BANK OF SCOTLAND               :
GROUP, PLC, et al.,                      :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- :
ETHAN GOLD, Individually and on Behalf of: Civil Action No. 1:11-cv-01162-NRB
All Others Similarly Situated,           :
                                         : CLASS ACTION
                                         :
                    Plaintiff,           :
                                         :
        vs.                              :
                                         :
THE ROYAL BANK OF SCOTLAND               :
GROUP, PLC, et al.,                      :
                                         :
                    Defendants.          :
                                         x
---------------------------------------- 

AFFIRMATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION TO ADMIT
COUNSEL, DARRYL J. ALVARADO, *PRO HAC VICE*

DAVID A. ROSENFELD, says as follows:

1. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Darryl J. Alvarado as counsel *pro hac vice* to represent lead plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law in 2000. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Darryl J. Alvarado is an associate of Robbins Geller Rudman & Dowd LLP in San Diego, California.

4. I have found Mr. Alvarado to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure, as well as the Local Rules of the Southern and Eastern Districts of New York.

5. Accordingly, I am pleased to move for the admission of Darryl J. Alvarado, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Darryl J. Alvarado, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Darryl J. Alvarado, *pro hac vice*, to represent plaintiffs in the above-captioned matter, be granted.

DATED: September 15, 2011

DAVID A. ROSENFELD

# THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617           TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 12, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DARRYL JAMES ALVARADO, #253213 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

SEP 14 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:11-cv-00398-GBD <br><br> CLASS ACTION |
| Plaintiff, | |
| vs. | |
| THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al., | |
| Defendants. | |
| ETHAN GOLD, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:11-cv-01162-NRB <br><br> CLASS ACTION |
| Plaintiff, | |
| vs. | |
| THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al., | |
| Defendants. | |

[PROPOSED] ORDER FOR ADMISSION OF DARRYL J. ALVARADO *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of David A. Rosenfeld, attorney for plaintiffs, and said sponsor attorney's affirmation in support,

IT IS HEREBY ORDERED THAT

Darryl J. Alvarado
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: DAlvarado@rgrdlaw.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____     _____
                                    THE HONORABLE GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on September 15, 2011, I caused a true and correct copy of the annexed documents to be served by U.S. mail to all counsel listed on the attached service list.

*Kelly Stadelmann*
Kelly Stadelmann

## Counsel For Defendant(s)

David S. Lesser
Paul A. Engelmayer
Robert W. Trenchard
WilmerHale LLP
399 Park Avenue
New York, NY 10022
  212/230-8807
  212/230-8888(Fax)

## Counsel For Plaintiff(s)

Mark C. Gardy
James S. Notis
Charles A. Germershausen
Gardy & Notis, LLP
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, NJ 07632
  201/567-7377
  201/567-7337(Fax)

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
  212/490-9550
  212/986-0158(Fax)

Darren J. Robbins
Danielle S. Myers
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423(Fax)

D. Seamus Kaskela
David M. Promisloff
Adrienne O. Bell
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
  610/667-7706
  610/667-7056(Fax)

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173(Fax)

Charles H. Dufresne, Jr.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
  212/573-6660
  212/573-6661(Fax)