UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------- X
: 
LIGHTHOUSE FINANCIAL GROUP,                       :
Individually and On Behalf of All Others          :   ECF CASE
Similarly Situated,                               :
                                                  :   11-cv-00398 (GBD)
                    Plaintiff,                    :
                                                  :
    v.                                            :
                                                  :
THE ROYAL BANK OF SCOTLAND                        :
GROUP PLC, ET AL.,                                :
                                                  :
                    Defendants.                   :
------------------------------------------------- X

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, pursuant to an Order dated September 16, 2011, Lead Plaintiff is scheduled to serve and file a consolidated amended complaint on or before October 25, 2011;

WHEREAS, Lead Plaintiff respectfully requests a one week extension of time to serve and file its consolidated amended complaint; and

WHEREAS, this is Lead Plaintiff's first request for an extension of time to serve and file its consolidated amended complaint and Defendants do not oppose this request;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. Lead Plaintiff shall file a consolidated amended complaint on or before November 1, 2011.

2. Defendants need not answer, move, or otherwise respond to any complaint until January 13, 2012.

3. If defendants move to dismiss the consolidated amended complaint, Lead Plaintiff's opposition shall be filed by March 13, 2012.

4. Defendants' reply in support of their motion to dismiss shall be filed by April 12, 2012.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures on this stipulation shall be treated as original signatures.

Dated: October 24, 2011

ROBBINS GELLER RUDMAN & DOWD LLP

By:_____
Samuel H. Rudman
David A. Rosenfeld
58 South Service Road
Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com
Email: drosenfeld@rgrdlaw.com

Theodore J. Pintar
Darryl Alvarado
655 West Broadway
Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423
Email: Tpintar@rgrdlaw.com
Email: Dalvarado@rgrdlaw.com

*Attorneys for Lead Plaintiff IBEW Local Union No. 58 Pension Trust Fund and Annuity Fund*

WILMER CUTLER PICKERING HALE AND DORR LLP

By:_____
Robert W. Trenchard
David S. Lesser
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: robert.trenchard@wilmerhale.com
Email: david.lesser@wilmerhale.com

Andrea J. Robinson
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
Email: Andrea.Robinson@wilmerhale.com

*Attorneys for Defendants The Royal Bank of Scotland Group plc, Sir Thomas Fulton McKillop, Sir Frederick Anderson Goodwin, Lawrence Fish, Guy R. Whittaker, and Jon Cameron*

SO ORDERED:        OCT 25 2011

_____
UNITED STATES DISTRICT JUDGE

- 2 -