# Robbins Geller
# Rudman & Dowd LLP

Atlanta  Melville  Philadelphia  San Francisco
Boca Raton  New York  San Diego  Washington, DC

David A. Rosenfeld
DRosenfeld@rgrdlaw.com

November 28, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 30 2011
```

SO ORDERED:

*[signature]*

George B. Daniels, U.S.D.J.

Dated: NOV 30 2011

VIA FACSIMILE

Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Lighthouse Financial Group, v. The Royal Bank of Scotland Group, et al.,*
Civil Action No.: 11-cv-00398-GBD

*Gold v. The Royal Bank of Scotland Group, PLC, et al.,*
Civil Action No.: 11-cv-01162-NRB

Dear Judge Daniels:

We represent Lead Plaintiff in the above-captioned action and write on behalf of all parties to respectfully request that the Court adjourn the status conference presently scheduled for December 1, 2011. As Your Honor may recall, at the close of oral argument on the motions to appoint Lead Plaintiff on August 17, 2011, Your Honor suggested that the parties should appear for a conference for December 1, 2011 to address any open issues. Since that time, the parties have submitted a scheduling stipulation to the Court regarding the filing of a consolidated amended complaint (which was filed on November 1, 2011) and the briefing on Defendants' motion to dismiss (which will not be completed until April 12, 2012).

As there are no open issues to discuss at this time, the parties respectfully request that the Court adjourn the December 1, 2011 status conference *sine die*. With the Court's permission, counsel will seek a date for oral argument on the motion to dismiss once briefing on the motion is complete.

Respectfully submitted,

*[signature]*

DAVID A. ROSENFELD

cc:  Robert Trenchard, Esq. (Counsel for Defendants)

58 South Service Road  Suite 200  Melville, NY 11747  Tel 631 367 7100  Fax 631 367 1173  rgrdlaw.com