UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>Defendants. | Civil Action No. 1:11-cv-00398-GBD<br><br><u>CLASS ACTION</u> |
| ETHAN GOLD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>Defendants. | Civil Action No. 1:11-cv-01162-NRB<br><br><u>CLASS ACTION</u> |

MOTION TO ADMIT COUNSEL, JASON A. FORGE, *PRO HAC VICE*

678367_1

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Jason A. Forge
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: JForge@rgrdlaw.com

Jason A. Forge is a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against Jason A. Forge in any state or federal court.

DATED: January 25, 2012

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN

/s/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS
THEODORE J. PINTAR
DARRYL J. ALVARADO
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>  Defendants. | Civil Action No. 1:11-cv-00398-GBD<br><br>CLASS ACTION |
| ETHAN GOLD, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>  Defendants. | Civil Action No. 1:11-cv-01162-NRB<br><br>CLASS ACTION |

AFFIRMATION OF SAMUEL H. RUDMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL, JASON A. FORGE, *PRO HAC VICE*

678370_1

SAMUEL H. RUDMAN, says as follows:

1. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Jason A. Forge as counsel *pro hac vice* to represent lead plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law in 1993. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Jason A. Forge is a member of Robbins Geller Rudman & Dowd LLP in San Diego, California.

4. I have found Mr. Forge to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure, as well as the Local Rules of the Southern and Eastern Districts of New York.

5. Accordingly, I am pleased to move for the admission of Jason A. Forge, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Jason A. Forge, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Jason A. Forge, *pro hac vice*, to represent plaintiffs in the above-captioned matter, be granted.

DATED: January 25, 2012

_____
SAMUEL H. RUDMAN

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 19, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JASON ADEEB FORGE, #181542 was admitted to the practice of law in this state by the Supreme Court of California on January 17, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*
Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>                Defendants. | Civil Action No. 1:11-cv-00398-GBD<br><br>CLASS ACTION |
| ETHAN GOLD, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>                Defendants. | Civil Action No. 1:11-cv-01162-NRB<br><br>CLASS ACTION |

[PROPOSED] ORDER FOR ADMISSION OF JASON A. FORGE *PRO HAC VICE* ON WRITTEN MOTION

678368_1

Upon the motion of Samuel H. Rudman, attorney for plaintiffs, and said sponsor attorney's affirmation in support,

IT IS HEREBY ORDERED THAT

Jason A. Forge
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: JForge@rgrdlaw.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____      _____
                                            THE HONORABLE GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE

678368_1

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on January 25, 2012, I caused a true and correct copy of the annexed documents to be served by U.S. mail to all counsel listed on the attached service list.

*Kelly Stadelmann*
Kelly Stadelmann

RBS 11

Service List - 1/23/2012   (11-0069)

Page 1 of 2

**Counsel For Defendant(s)**

David S. Lesser
Robert W. Trenchard
Shauna K. Friedman
WilmerHale LLP
399 Park Avenue
New York, NY  10022
   212/230-8807
   212/230-8888(Fax)

Andrea J. Robinson
WilmerHale LLP
60 State Street
Boston, MA  02109
   617/526-6000
   617/526-5000(Fax)

**Counsel For Plaintiff(s)**

Mark C. Gardy
James S. Notis
Charles A. Germershausen
Gardy & Notis, LLP
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, NJ  07632
   201/567-7377
   201/567-7337(Fax)

D. Seamus Kaskela
David M. Promisloff
Adrienne O. Bell
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056(Fax)

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY  10036
   212/490-9550
   212/986-0158(Fax)

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

Theodore J. Pintar
Darryl J. Alvarado
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423(Fax)

Charles H. Dufresne, Jr.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY  10176
   212/573-6660
   212/573-6661(Fax)

RBS 11

Service List - 1/23/2012    (11-0069)

Page 2 of 2

| | |
|---|---|
| David R. Scott<br>Scott + Scott LLP<br>156 South Main Street<br>Colchester, CT  06415<br>  860/537-5537<br>  860/537-4432(Fax) | Thomas L. Laughlin IV<br>Scott + Scott, LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY  10110<br>  212/223-6444<br>  212/223-6334(Fax) |