USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 31 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>Defendants. | Civil Action No. 1:11-cv-00398-GBD<br><br>CLASS ACTION |
| ETHAN GOLD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>Defendants. | Civil Action No. 1:11-cv-01162-NRB<br><br>CLASS ACTION |

[PROPOSED] ORDER FOR ADMISSION OF JASON A. FORGE *PRO HAC VICE* ON WRITTEN MOTION

678368_1

Upon the motion of Samuel H. Rudman, attorney for plaintiffs, and said sponsor attorney's affirmation in support,

IT IS HEREBY ORDERED THAT

Jason A. Forge
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: JForge@rgrdlaw.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: JAN 3 0 2012

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE