| Attorney or Party without Attorney: <br> David A. Rosenfeld, Esq. <br> Robbins Geller Rudman & Dowd LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100    FAX No: 631-367-1173 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | |
| Plaintiff: Lighthouse Financial Group, Inc. | | | | |
| Defendant: The Royal Bank of Scotland Group, PLC, et al. | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons / Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 11CV00398GBD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Consolidated Amended Complaint

3. a. Party served:                Charles John Koch

4. Address where the party was served:     3 Isla Bahia Drive
                                           Ft. Lauderdale, FL 33316

5. I served the party:
   b. **by substituted service.** On: Mon., Jan. 30, 2012 at: 4:35PM by leaving the copies with or in the presence of:
      Kathleen Koch, Spouse / Co-occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**
   a. Ramon Sais, Jr.
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of FLORIDA that the foregoing is true and correct.

   2-2-12                 (Signature) Ramon Sais            SPS#324
   (Date)

8. STATE OF FLORIDA, COUNTY OF Broward
   Subscribed and sworn to (or affirmed) before me on this __2__ day of February_____ by Ramon Sais, Jr.
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   Frances A Williams

   AFFIDAVIT OF SERVICE                FRANCES A WILLIAMS           daros.125718
   Summons / Complaint                 MY COMMISSION # EE160420
                                       EXPIRES December 19, 2015
                                       FloridaNotaryService.com