UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>     Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for defendant Charles Koch.  I certify that I am admitted to practice in this Court.

Dated: February 21, 2012

               Respectfully submitted,

               By: /s/ Andrea J. Robinson_____
               Andrea J. Robinson
               WILMER CUTLER PICKERING
                HALE AND DORR LLP
               60 State Street
               Boston, Massachusetts 02109
               Telephone: 617-526-600
               Fax:  617-526-5000
               Email: andrea.robinson@wilmerhale.com