UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated, | x : : : | 11 Civ. 398 (GBD) |
| Plaintiff, | : : : | ECF Case |
| vs. | : : | Oral Argument Requested |
| THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al., | : : : : | |
| Defendants. | : : : : x | |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel in this case for defendant Charles Koch. I certify that I am admitted to practice in this Court.

Dated: February 21, 2012

                                                Respectfully submitted,

                                                By: /s/ David S. Lesser_____
                                                David S. Lesser
                                                WILMER CUTLER PICKERING HALE
                                                  AND DORR LLP
                                                399 Park Avenue
                                                New York, New York 10022
                                                Tel.: 212-230-8800
                                                Fax: 212-230-8888
                                                Email: david.lesser@wilmerhale.com