# Robbins Geller
# Rudman & Dowd LLP

Atlanta    Melville    Philadelphia    San Francisco
Boca Raton    New York    San Diego    Washington, DC

Darryl J. Alvarado
DAlvarado@rgrdlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 12 2012

March 8, 2012

Via Hand Delivery

The Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1581

SO ORDERED:

_/s/ George B. Daniels_, U.S.D.J.

MAR 12 2012

Re: *Lighthouse Financial Group v. The Royal Bank of Scotland Group, PLC, et al.*,
Civil Action No. 1:11-cv-00398-GBD

Dear Judge Daniels:

I write on behalf of plaintiffs in the above-referenced matter to request permission to file briefs in opposition to defendants' three motions to dismiss the Class Action Complaint of equal length as those filed by defendants in support of their motions. *See* Dkt. Nos. 75, 85, 86.

On January 6, 2012, defendants sought permission to file three motions to dismiss supported by: (i) a 75-page brief on behalf of The Royal Bank of Scotland Group PLC ("RBS"), (ii) a 25-page brief on behalf of the Individual Defendants, and (iii) a 25-page brief in support of defendants' *forum non conveniens* motion. On January 12, 2012, the Court granted defendants' page-extension request. Accordingly, plaintiffs respectfully request permission to file three opposition briefs of equal length – (i) a 75-page brief in opposition to RBS's brief, (ii) a 25-page brief in opposition to the Individual Defendants' brief, and (iii) a 25-page brief in opposition to defendants' *forum non conveniens* brief.

Plaintiffs have conferred with counsel for the defendants, who stated that they consent to plaintiffs' request.

Thank you for your attention to this matter.

Respectfully submitted,

DARRYL J. ALVARADO

DJA:llf

cc: All Counsel of Record

691861_1

655 West Broadway, Suite 1900    San Diego, CA 92101    Tel 619 231 1058    Fax 619 231 7423    rgrdlaw.com

