# EXHIBIT 5



HSBC ◆▶

**Global Research**

**Financials**
**Commercial Banks**
Equity – UK

## Overweight

| Target price | 540p |
|---|---|
| Share price | 485p |
| Potential total return (%) | 18% |

| Performance | 1M | 3M | 12M |
|---|---|---|---|
| Absolute (%) | 5 | -14 | -25 |
| Relative^ (%) | 6 | -15 | -28 |

| Index^ | FTALLSH |
|---|---|
| RIC | RBS.L |
| Bloomberg | RBS.LN |
| Market cap (USDm) | USD100,866 |
| Market cap | GBP48,964 |
| Enterprise value | |
| Free float (%) | 100% |

**6 December 2007**

**Peter Toeman**
Analyst
HSBC Bank plc (UK)
+44 207 991 6791
peter.toeman@hsbc.com

**Robin Down***
Analyst
HSBC Bank plc (UK)
+44 207 991 6926
robin.down@hsbcib.com

*Employed by a non-US affiliate of
HSBC Securities (USA) Inc, and is not
registered/qualified pursuant to NYSE
and/or NASD regulations

Issuer of report:   HSBC Bank plc

**Disclaimer &
Disclosures**
This report must be read
with the disclosures and
the analyst certifications in
the Disclosure appendix,
and with the Disclaimer,
which forms part of it

# Royal Bank of Scotland

6x is hard to argue with; upgrade from Neutral to
Overweight, TP 540p

▸ **There are still plenty of issues confronting the stock, limited
equity capital, integration risk with ABN, and the state of the
commercial property market**

▸ **However the trading statement indicates "core" earnings
about 5% better than we anticipated**

▸ **Our unchanged target price of 540p implies the rating
improving from just 6x to 7x 2008e earnings. We upgrade
from Neutral to Overweight.**

## Feel the beat?

RBS trading update highlights operating profits and EPS **well ahead** of the market
consensus (Thomson Financial DataStream), and **comfortably ahead** ex CDO write-
downs and investment gains.

We're told one factor behind this outcome is GBP2bn of investment gains, of which
GBP1bn comes from the sale of a 50% interest in Southern Water. Management's
previous guidance for investment gains was GBP1bn, so undoubtedly this would be the
number within consensus expectations for GBP9,775m of pre tax profits. Likewise
analysts may have already been factoring something into their numbers for CDO write
downs because consensus EPS has fallen 4% since the beginning of last month.

If we assume that "well ahead" means 10% then it is possible to deduce that on an
underlying basis ex investment gains and CDO write downs, Royal Bank has
outperformed consensus by about 5% (exhibit 2).

Where does this out performance come from? The entirely quantitative trading statement
is not terribly helpful. New positive business trends include improvements in UK personal
and corporate impairments, the former having been well signalled. And it may be that in
common with other investment banks, dislocation in the structured products area has been
offset by stronger performances in rates and currencies. On the downside Citizens has
seen a clear deterioration in credit quality, with losses stepping up to around 30bp, about
double the level of H1.

We'll have to wait for the year-end to get a better handle as to precisely where, on an
underlying basis the group is outperforming expectations. But for the time being investors
should be aware that chunky non-recurring investment gains do not explain all the
stronger than anticipated outcome.



# CDO relief

The earnings issue aside, the trading statement offers some clarity on two other key issues, the shape of the balance sheet post ABN and the magnitude of CDO write downs. We've always felt the market was too pessimistic regarding the latter issue but it hasn't been possible to identify the magnitude of Royal Bank's exposure, the term CDO doesn't appear within the group's accounts and for ABN there's been no disclosure of the assets acquired.

In view of the information gap we have only been able to make and assessment on the basis of the group's position within the new issuance tables, and their position just outside the global top 10 for ABS CDO issuance was re-assuring. Notably, over the last two years RBS new issuance activity has been about half the level of Barclays.

From today's trading update we learn that residual gross exposure left on the group's balance sheet (USD6.4bn) is also half of Barclays (USD12.2bn). Comparisons can be misleading because the value of CDO's rests on the vintage of its RMBs collateral but for what its worth, RBS appears less conservative than the US investment banks, but more conservative than Barclays with ABS CDO charge-offs at 24% compared to 18% and direct sub-prime provisioning at 27%, rather than 7%.

ABN's exposure almost exclusively to super senior tranches of high grade ABS CDOs is GBP1.7bn. Write down here of GBP300m will be treated as a fair value adjustment on acquisition and will not impact reported earnings.

**Royal Bank of Scotland**
**Commercial Banks**
6 December 2007

HSBC

# ABN relief

Whilst CDOs were never going to blow a hole in the RBS balance sheet, the acquisition of ABN posed a more serious concern because of an information void (no consolidated RBS+ABN balance sheet has been published) and because of ABN's liquidity lines to conduits, which could, in a worst case scenario result in an involuntary 10% expansion of group risk assets.

**Exhibit 1 Comparison of sub prime and CDO charge-offs**

| USD bn | RBS | Barclays | Citigroup | Merrill Lynch | Morgan Stan | Wachovia | UBS |
|---|---|---|---|---|---|---|---|
| Ticker | RBS.L | BARC.L | C.N | MER.N | MS.N | WB.N | UBSN.VX |
| Price | 485p | 554p | USD33.69 | USD57.75 | USD50.11 | USD43 | CHF55.60 |
| Data | Q3+Nov | Q3 + Oct | Est Q4 | Act Q3 | Est Sep-Oct | Est Oct | Act Q3 |
| **Direct sub prime** | **2.6** | **11.6** | **34.0** | **5.7** | **0.3** | **2.1** | **18.1** |
| | | | | | | | |
| High grade | 2.4 | 9.0 | 10.0 | 8.3 | | | |
| Mezzanine | 3.6 | 3.2 | 8.0 | 5.3 | 11.4 | 1.2 | |
| CDOs squared | | | 0.2 | 0.6 | | | |
| ABS CDO Super senior | 6.0 | 12.2 | 18.2 | 14.2 | 11.4 | 1.2 | 21.8 |
| ABS CDO other grades | 0.4 | n/a | 2.7 | 1.0 | 1.6 | 0.6 | 3.3 |
| CDS Hedging | | | | | -2.9 | | |
| **Total ABS CDO** | **6.4** | **12.2** | **20.9** | **15.2** | **10.1** | **1.8** | **25.1** |
| | | | | | | | |
| **Total CDO and US sub prime** | **9.0** | **23.8** | **54.9** | **20.9** | **10.4** | **3.8** | **43.2** |
| | | | | | | | |
| **Charge-off** | | | | | | | |
| Direct sub prime | 0.7 | 0.8 | Small | 1.0 | 0.8 | 0 | 1.3 |
| | | | | | | | |
| High grade | 0.2 | 1.4 | | 1.9 | 0 | | |
| Mezzanine | 1.1 | 0.8 | | 3.1 | 3.4 | 0.8 | |
| CDOs squared | | | | 0.8 | 0 | | |
| ABS CDO Super senior | 1.3 | 2.2 | | 5.8 | 3.4 | 0.8 | 2.2 |
| Non Super senior | 0.2 | n/a | | 1.1 | 0.0 | 0.3 | 2.1 |
| CDS Hedging | | | | | -0.5 | | -1.2 |
| **Total ABS CDO** | **1.5** | **2.2** | **large** | **6.9** | **2.9** | **1.1** | **3.1** |
| | | | | | | | |
| **Total Charge off** | **2.2** | **3.0** | **8-11** | **7.9** | **3.7** | **1.1** | **4.4** |
| Charge offs prior qrt | | | 1.8 | | -0.1 | 0.3 | |
| | | | | | | | |
| **CDO super senior charge offs** | **22%** | **18%** | **n/a** | **41%** | **30%** | **65%** | **10%** |
| **ABS CDO charge offs** | **24%** | **18%** | **n/a** | **45%** | **29%** | **61%** | **12%** |
| **Total charge offs** | **25%** | **13%** | **23%** | **38%** | **35%** | **38%** | **10%** |

Source: Company presentations, HSBC



**Royal Bank of Scotland**
Commercial Banks
6 December 2007

---

Exhibit 2 Ex investment gains and CDO write-offs, RBS has still outperformed expectations

|  | Consensus | RBS | Difference |
|---|---|---|---|
| **Core** | **9275** | **9700** | **5%** |
| Investment gains | 1000 | 2000 | |
| CDO | -500 | -950 | |
| Leveraged lending | | -250 | |
| Carrying value own debt | | 250 | |
| **Pre tax** | **9775** | **10750** | **10%** |

Source: HSBC and Thomson Financial DataStream

At the time of the acquisition, management indicated the enlarged entity would have a tier1 of 7.1% and equity tier 1 of 4.25%. This guidance has been broadly reiterated (equity tier 1 4.0 - 4.25%) with management commenting that it's not the pro forma balance sheet which is important from a regulatory perspective, but the fully consolidated one, which includes not just ABN Wholesale but the entirety of ABN prior to the disposal of businesses to Santander and Fortis. On this basis the equity tier looks more comfortable at 4.6%. However the wafer thin equity capital cushion on the proforma balance sheet will continue to be an issue, not least because at the time of the ABN deal the group indicated a target equity tier1 of 5.25%.

It's only day 49 of the ABN integration but management already expect earnings accretion and ROIC for 2010 to be slightly higher than the 7% and 13.2% previously indicated. This outcome is predicated on a demanding target of 8% revenue synergies combined with a 25% reduction of the expense base.

## Earnings, price target and valuation

Reflecting the impact of GBP1bn of extra investment gains offsetting CDO write offs and a 5% better underlying performance (which we've allocated primarily to dealing income) our current year EPS rises from 73p to 78p. For 2008 we now look for 77p (previous 73p); the relatively flat outcome is the product of lower investment gains, higher impairment costs and dilution from the ABN acquisition.

Historically we've valued RBS on a sum of the parts basis. A key ingredient is the PE for core UK earnings which derive from the sector average (currently 7.5 times prospective 2008e earnings) less 100bp to reflect the group's reliance on low WRA return lending and debt capital markets activities. In addition, in order to reflect acquisition risk we apply a 50% PE discount to the projected earnings of ABN Wholesale. This gives a price target of 540p, which is unchanged from that published in our sector review "From liquidity squeeze to credit crunch" Nov 2007.

With a 12 month 540p target price and 34p dividend the stock offers a total return of 18% relative to the current share price. Under the HSBC rating system stocks offering a total return in excess of 13.7% must rank as overweighs, hence we are upgrading our rating on the stock.

Apart from the execution risk at ABN our price target would also be at risk from any shortfall in RBS' other earnings. This could arise from deteriorating UK credit conditions, (note declining commercial property prices) and /or weaker dealing revenues from fixed income markets.

**Royal Bank of Scotland**
Commercial Banks
6 December 2007

HSBC ◆◆

**Exhibit 3: RBS Financials**

| Royal Bank of Scotland | 2006H1 | Chng% | 2006 | Chng% | 2007H1 | Chng% | 2007E | Chng% | 2008E | Chng% | 2009E | Chng% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Earning assets | 416,564 | 14 | 421,136 | 10 | 439,165 | 5 | 458,024 | 9 | 495,577 | 8 | 536,365 | 8 |
| Margin | 2.49 | | 2.52 | | 2.45 | | 2.45 | | 2.46 | | 2.45 | |
| Net int income | 5,194 | 9 | 10,596 | 7 | 5,383 | 4 | 11,209 | 6 | 12,186 | 9 | 13,150 | 8 |
| Dealing income | 1,453 | | 2,675 | | 1,875 | | 2,704 | | 3,144 | | 3,173 | |
| Retail | 1,145 | | 2,366 | | 1,740 | | 2,476 | | 2,285 | | 2,374 | |
| Retail Direct | 558 | | 1,126 | | | | 1,126 | | 1,227 | | 1,281 | |
| CBFM Markets | 503 | | 1,032 | | 627 | | 1,244 | | 1,286 | | 1,351 | |
| CBFM realization gains | 412 | | 1,279 | | 630 | | 2,000 | | 800 | | 711 | |
| CBFM mid-corporate | 639 | | 1,288 | | 719 | | 1,475 | | 1,526 | | 1,579 | |
| Citizens | 611 | | 1,232 | | 585 | | 1,165 | | 1,250 | | 1,355 | |
| Ulster/Wealth Man | 327 | | 645 | | 371 | | 764 | | 835 | | 906 | |
| Lease Rental | 350 | | 677 | | 348 | | 700 | | 759 | | 841 | |
| Unidentified | (530) | | (887) | | (636) | | (1,387) | | (1,263) | | (1,317) | |
| Non int income | 4,015 | 11 | 8,758 | 16 | 4,384 | 9 | 9,562 | 9 | 8,706 | -9 | 9,080 | 4 |
| GI premiums | 2,980 | | 5,973 | | 3048 | | 6,246 | | 6,596 | | 6,994 | |
| Total Revenues | 13,642 | 10 | 28,002 | 10 | 14,690 | 8 | 29,722 | 6 | 30,632 | 3 | 32,397 | 6 |
| Staff expenses | (2,504) | | (5,227) | | (2,838) | | (5,598) | | (6,015) | | (6,319) | |
| Pension cost | (290) | | (617) | | (269) | | (523) | | (565) | | (606) | |
| Premises equipment | (660) | | (1,411) | | (744) | | (1,453) | | (1,497) | | (1,542) | |
| Other | (889) | | (1,875) | | (954) | | (1,969) | | (2,067) | | (2,171) | |
| Depreciation | (399) | | (781) | | (401) | | (781) | | (781) | | (781) | |
| Lease depreciation | (403) | | (787) | | (362) | | (728) | | (790) | | (875) | |
| Citizens | (803) | | (1,554) | | (730) | | (1,462) | | (1,440) | | (1,486) | |
| Total costs | (5,948) | 8 | (12,252) | 8 | (6,298) | 6 | (12,514) | 2 | (13,155) | 5 | (13,779) | 5 |
| GI claims | (2,204) | | (4,458) | | -2415 | | (4,992) | | (4,979) | | (5,249) | |
| Operating profit | 5,490 | 13 | 11,292 | 13 | 5,977 | 9 | 12,216 | 8 | 12,498 | 2 | 13,369 | 7 |
| ABN wholesale | | | | | | | 231 | | 1,155 | | 1,453 | |
| Bad debts | (887) | | (1,878) | | (871) | | (1,698) | | (1,903) | | (2,072) | |
| HSBC Pre tax | 4,603 | 15 | 9,414 | 14 | 5,106 | 11 | 10,750 | 14 | 11,750 | 9 | 12,750 | 9 |
| Less | | | | | | | | | | | | |
| Goodwill | (49) | | (94) | | (43) | | (94) | | (94) | | (94) | |
| Restructuring prov | (43) | | (134) | | (55) | | - | | (931) | | (931) | |
| Group pre tax | 4,511 | | 9,186 | | 5,008 | | 10,656 | | 10,725 | | 11,725 | |
| HSBC Pre tax | 4,603 | | 9,414 | | 5,106 | | 10,750 | | 11,750 | | 12,750 | |
| Taxation (rate%) | (1,415) | | (2,750) | 29 | (1,301) | | (2,739) | 25 | (3,113) | 26 | (3,377) | 26 |
| Minorities,pref | (146) | | (295) | | (181) | | (504) | | (952) | | (952) | |
| Attributable | 3,042 | | 6,369 | | 3,624 | | 7,507 | | 7,685 | | 8,420 | |
| Shares m | 3,197 | | 9,555 | | 9,443 | | 9,585 | | 10,011 | | 10,011 | |
| HSBC EPS p | 95 | | 67 | | 38 | | 78 | | 77 | | 84 | |
| Net div p | 8.1 | | 30.2 | | 10.1 | | 34.0 | | 38.0 | | 42.5 | |
| Memo items | | | | | | | | | | | | |
| Cost/Income | 41.9 | | 42.1 | | 41.4 | | 40.6 | | 41.4 | | 40.9 | |
| Advances (ex repo) | 385,483 | | 403,985 | 10 | 423,728 | 10 | 451,349 | 12 | 486,970 | 8 | 525,443 | 8 |
| Bad debts/adv % | 0.46 | | 0.46 | | 0.41 | | 0.38 | | 0.39 | | 0.39 | |
| Tier 1 | 29,124 | | 30,041 | | 31,151 | | 37,353 | | 40,584 | | 44,094 | |
| Risk weighted assets | 385,500 | | 400,300 | 8 | 419,700 | | 496,460 | 24 | 532,716 | 7 | 568,592 | 7 |
| Ratio % | 7.6 | | 7.5 | | 7.4 | | 7.5 | | 7.6 | | 7.8 | |
| Shareholders funds | 37,375 | | 36,546 | | 37,403 | | 51,683 | | 54,820 | | 58,236 | |
| ROE% | 16.3 | | 17.4 | | 19.4 | | 14.5 | | 14.0 | | 14.5 | |

Source: HSBC estimates

5

Royal Bank of Scotland
**Commercial Banks**
**6 December 2007**

HSBC ◆X◆

# Disclosure appendix

## Analyst certification

The following analyst(s), who is(are) primarily responsible for this report, certifies(y) that the opinion(s) on the subject security(ies) or issuer(s) and any other views or forecasts expressed herein accurately reflect their personal view(s) and that no part of their compensation was, is or will be directly or indirectly related to the specific recommendation(s) or views contained in this research report: Peter Toeman and Robin Down

## Important disclosures

### Stock ratings and basis for financial analysis

HSBC believes that investors utilise various disciplines and investment horizons when making investment decisions, which depend largely on individual circumstances such as the investor's existing holdings, risk tolerance and other considerations. Given these differences, HSBC has two principal aims in its equity research: 1) to identify long-term investment opportunities based on particular themes or ideas that may affect the future earnings or cash flows of companies on a 12 month time horizon; and 2) from time to time to identify short-term investment opportunities that are derived from fundamental, quantitative, technical or event-driven techniques on a 0-3 month time horizon and which may differ from our long-term investment rating. HSBC has assigned ratings for its long-term investment opportunities as described below.

This report addresses only the long-term investment opportunities of the companies referred to in the report. As and when HSBC publishes a short-term trading idea the stocks to which these relate are identified on the website at www.hsbcnet.com/research. Details of these short-term investment opportunities can be found under the Reports section of this website.

HSBC believes an investor's decision to buy or sell a stock should depend on individual circumstances such as the investor's existing holdings and other considerations. Different securities firms use a variety of ratings terms as well as different rating systems to describe their recommendations. Investors should carefully read the definitions of the ratings used in each research report. In addition, because research reports contain more complete information concerning the analysts' views, investors should carefully read the entire research report and should not infer its contents from the rating. In any case, ratings should not be used or relied on in isolation as investment advice.

## Rating definitions for long-term investment opportunities

### Stock ratings

HSBC assigns ratings to its stocks in this sector on the following basis:

For each stock we set a required rate of return calculated from the risk free rate for that stock's domestic, or as appropriate, regional market and the relevant equity risk premium established by our strategy team. The price target for a stock represents the value the analyst expects the stock to reach over our performance horizon. The performance horizon is 12 months. For a stock to be classified as Overweight, the implied return must exceed the required return by at least 5 percentage points over the next 12 months (or 10 percentage points for a stock classified as Volatile*). For a stock to be classified as Underweight, the stock must be expected to underperform its required return by at least 5 percentage points over the next 12 months (or 10 percentage points for a stock classified as Volatile*). Stocks between these bands are classified as Neutral.

Our ratings are re-calibrated against these bands at the time of any 'material change' (initiation of coverage, change of volatility status or change in price target). Notwithstanding this, and although ratings are subject to ongoing management review, expected returns will be permitted to move outside the bands as a result of normal share price fluctuations without necessarily triggering a rating change.

*A stock will be classified as volatile if its historical volatility has exceeded 40%, if the stock has been listed for less than 12 months (unless it is in an industry or sector where volatility is low) or if the analyst expects significant volatility. However,

*286*

stocks which we do not consider volatile may in fact also behave in such a way.  Historical volatility is defined as the past month's average of the daily 365-day moving average volatilities.  In order to avoid misleadingly frequent changes in rating, however, volatility has to move 2.5 percentage points past the 40% benchmark in either direction for a stock's status to change.

Prior to this, from 7 June 2005 HSBC applied a ratings structure which ranked the stocks according to their notional target price vs current market price and then categorised (approximately) the top 40% as Overweight, the next 40% as Neutral and the last 20% as Underweight. The performance horizon is 2 years. The notional target price was defined as the mid-point of the analysts' valuation for a stock.

From 15 November 2004 to 7 June 2005, HSBC carried no ratings and concentrated on long-term thematic reports which identified themes and trends in industries, but did not make a conclusion as to the investment action that potential investors should take.

Prior to 15 November 2004, HSBC's ratings system was based upon a two-stage recommendation structure: a combination of the analysts' view on the stock relative to its sector and the sector call relative to the market, together giving a view on the stock relative to the market. The sector call was the responsibility of the strategy team, set in co-operation with the analysts. For other companies, HSBC showed a recommendation relative to the market. The performance horizon was 6-12 months. The target price was the level the stock should have traded at if the market accepted the analysts' view of the stock.

## Rating distribution for long-term investment opportunities

**As of 06 December 2007, the distribution of all ratings published is as follows:**

| | | |
|---|---|---|
| **Overweight (Buy)** | 52% | (21% of these provided with Investment Banking Services) |
| **Neutral (Hold)** | 29% | (23% of these provided with Investment Banking Services) |
| **Underweight (Sell)** | 19% | (12% of these provided with Investment Banking Services) |

## Share price and rating changes for long-term investment opportunities



**Royal Bank Scotland Group Share Price performance GBp Vs HSBC rating history**

Source: HSBC

**Recommendation & price target history**

| From | To | Date |
|---|---|---|
| N/R | Neutral | 01 July 2005 |
| Neutral | Overweight | 03 March 2006 |
| Overweight | Neutral | 14 June 2006 |
| Neutral | Neutral | 06 August 2007 |
| **Target Price** | **Value** | **Date** |
| Price 1 | 655 | 01 July 2005 |
| Price 2 | 590 | 10 August 2005 |
| Price 3 | 610 | 09 December 2005 |
| Price 4 | 700 | 10 March 2006 |
| Price 5 | 667 | 16 June 2006 |
| Price 6 | 683 | 07 December 2006 |
| Price 7 | 733 | 05 February 2007 |
| Price 8 | 700 | 27 April 2007 |
| Price 9 | 700 | 13 July 2007 |
| Price 10 | 650 | 06 August 2007 |
| Price 11 | 540 | 02 November 2007 |

Source: HSBC

HSBC

## HSBC & Analyst disclosures

**Disclosure checklist**

| Company | Ticker | Recent price | Price Date | Disclosure |
|---|---|---|---|---|
| ROYAL BANK OF SCOTLAND PLC | RBS.L | 4.78 | 06-Dec-2007 | 2, 6, 7, 9, 11 |

Source: HSBC

1   HSBC* has managed or co-managed a public offering of securities for this company within the past 12 months.
2   HSBC expects to receive or intends to seek compensation for investment banking services from this company in the next 3 months.
3   At the time of publication of this report, HSBC Securities (USA) Inc. is a Market Maker in securities issued by this company.
4   As of 31 October 2007 HSBC beneficially owned 1% or more of a class of common equity securities of this company.
5   As of 31 October 2007, this company was a client of HSBC or had during the preceding 12 month period been a client of and/or paid compensation to HSBC in respect of investment banking services.
6   As of 31 October 2007, this company was a client of HSBC or had during the preceding 12 month period been a client of and/or paid compensation to HSBC in respect of non-investment banking-securities related services.
7   As of 31 October 2007, this company was a client of HSBC or had during the preceding 12 month period been a client of and/or paid compensation to HSBC in respect of non-securities services.
8   A covering analyst/s has received compensation from this company in the past 12 months.
9   A covering analyst/s or a member of his/her household has a financial interest in the securities of this company, as detailed below.
10   A covering analyst/s or a member of his/her household is an officer, director or supervisory board member of this company, as detailed below.
11   At the time of publication of this report, HSBC is a non-US Market Maker in securities issued by this company.

Analysts are paid in part by reference to the profitability of HSBC which includes investment banking revenues.

For disclosures in respect of any company, please see the most recently published report on that company available at www.hsbcnet.com/research.

*\* HSBC Legal Entities are listed in the Disclaimer below.*

## Additional disclosures

1   This report is dated as at 06 December 2007.
2   All market data included in this report are dated as at close 06 December 2007, unless otherwise indicated in the report.
3   HSBC has procedures in place to identify and manage any potential conflicts of interest that arise in connection with its Research business. HSBC's analysts and its other staff who are involved in the preparation and dissemination of Research operate and have a management reporting line independent of HSBC's Investment Banking business. Chinese Wall procedures are in place between the Investment Banking and Research businesses to ensure that any confidential and/or price sensitive information is handled in an appropriate manner.

8

Royal Bank of Scotland
**Commercial Banks**
6 December 2007

HSBC ◆

# Disclaimer

*\* Legal entities as at 22 August 2007*
*'UAE' HSBC Bank Middle East Limited, Dubai; 'HK' The Hongkong and Shanghai Banking Corporation Limited, Hong Kong; 'TW' HSBC Securities (Taiwan) Corporation Limited; 'CA' HSBC Securities (Canada) Inc, Toronto; HSBC Bank, Paris branch; HSBC France; 'DE' HSBC Trinkaus & Burkhardt AG, Dusseldorf; 000 HSBC Bank (RR), Moscow; 'IN' HSBC Securities and Capital Markets (India) Private Limited, Mumbai; 'JP' HSBC Securities (Japan) Limited, Tokyo; 'EG' HSBC Securities Egypt S.A.E., Cairo; 'CN' HSBC Investment Bank Asia Limited, Beijing Representative Office; The Hongkong and Shanghai Banking Corporation Limited, Singapore branch; The Hongkong and Shanghai Banking Corporation Limited, Seoul Securities Branch; HSBC Securities (South Africa) (Pty) Ltd, Johannesburg; 'GR' HSBC Pantelakis Securities S.A., Athens; HSBC Bank plc, London, Madrid, Milan, Stockholm, Tel Aviv, 'US' HSBC Securities (USA) Inc, New York; HSBC Yatirim Menkul Degerler A.S., Istanbul; HSBC México, S.A., Institución de Banca Múltiple, Grupo Financiero HSBC, HSBC Bank Brasil S.A. - Banco Múltiplo.*

**Issuer of report**
**HSBC Bank plc**
8 Canada Square
London, E14 5HQ, United Kingdom
Telephone: +44 20 7991 8888
Fax: +44 20 7992 4880
Website: www.hsbcnet.com/research

In the UK this document has been issued and approved by HSBC Bank plc ("HSBC") for the information of its Customers (as defined in the Rules of FSA) and those of its affiliates only. It is not intended for Private Customers in the UK. If this research is received by a customer of an affiliate of HSBC, its provision to the recipient is subject to the terms of business in place between the recipient and such affiliate.

HSBC Securities (USA) Inc. accepts responsibility for the content of this research report prepared by its non-US foreign affiliate. All U.S. persons receiving and/or accessing this report and wishing to effect transactions in any security discussed herein should do so with HSBC Securities (USA) Inc. in the United States and not with its non-US foreign affiliate, the issuer of this report.

In Singapore, this publication is distributed by The Hongkong and Shanghai Banking Corporation Limited, Singapore Branch for the general information of institutional investors or other persons specified in Sections 274 and 304 of the Securities and Futures Act (Chapter 289) ("SFA") and accredited investors and other persons in accordance with the conditions specified in Sections 275 and 305 of the SFA. This publication is not a prospectus as defined in the SFA. It may not be further distributed in whole or in part for any purpose. The Hongkong and Shanghai Banking Corporation Limited Singapore Branch is regulated by the Monetary Authority of Singapore.

In Australia, this publication has been distributed by HSBC Stockbroking (Australia) Pty Limited (ABN 60 007 114 605) for the general information of its "wholesale" customers (as defined in the Corporations Act 2001). It makes no representations that the products or services mentioned in this document are available to persons in Australia or are necessarily suitable for any particular person or appropriate in accordance with local law. No consideration has been given to the particular investment objectives, financial situation or particular needs of any recipient.

This publication has been distributed in Japan by HSBC Securities (Japan) Limited. It may not be further distributed, in whole or in part, for any purpose. In Hong Kong, this document has been distributed by The Hongkong and Shanghai Banking Corporation Limited in the conduct of its Hong Kong regulated business for the information of its institutional and professional customers; it is not intended for and should not be distributed to retail customers in Hong Kong. The Hongkong and Shanghai Banking Corporation Limited makes no representations that the products or services mentioned in this document are available to persons in Hong Kong or are necessarily suitable for any particular person or appropriate in accordance with local law. All inquiries by such recipients must be directed to The Hongkong and Shanghai Banking Corporation Limited.

This document is not and should not be construed as an offer to sell or the solicitation of an offer to purchase or subscribe for any investment. HSBC has based this document on information obtained from sources it believes to be reliable but which it has not independently verified; HSBC makes no guarantee, representation or warranty and accepts no responsibility or liability as to its accuracy or completeness. The opinions contained within the report are based upon publicly available information at the time of publication and are subject to change without notice.

Nothing herein excludes or restricts any duty or liability to a customer which HSBC has under the Financial Services and Markets Act 2000 or under the Rules of FSA. A recipient who chooses to deal with any person who is not a representative of HSBC in the UK will not enjoy the protections afforded by the UK regulatory regime. Past performance is not necessarily a guide to future performance. The value of any investment or income may go down as well as up and you may not get back the full amount invested. Where an investment is denominated in a currency other than the local currency of the recipient of the research report, changes in the exchange rates may have an adverse effect on the value, price or income of that investment. In case of investments for which there is no recognised market it may be difficult for investors to sell their investments or to obtain reliable information about its value or the extent of the risk to which it is exposed.

HSBC Bank plc is registered in England No 14259, is authorised and regulated by the Financial Services Authority and is a member of the London Stock Exchange.

© Copyright. HSBC Bank plc 2007, ALL RIGHTS RESERVED. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, on any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of HSBC Bank plc. MICA (P) 316/06/2007

9