# EXHIBIT 6



Europe Equity Research
03 March 2008

# Royal Bank of Scotland

## 2007 FY Results - Waiting for transparency and clarity... Remains Neutral

- **Headline figures strong but 'beat' due to low quality items.** RBS reported 2007 FY results for the first time since acquiring ABN. EPS came in at 77.9p with DPS of 33.2p, (+10% yoy). Although the headline beat was strong, it was mainly a result of non sustainable items: (i) Other Income at GBM (£1.9bn vs. £630m in H1) mainly due to high level of private equity disposals. We note that these fully offset the credit write-downs (which totalled a gross £1.9bn). Going forward, we expect the run rate of disposals to be significantly lower; (ii) a low tax rate of 21% compared to more normal levels of 28-29%, where it is expected to return from this year onwards.

- **Capped by lack of transparency and disclosure.** Although there were no obvious smoking guns in these results we do not think the level of disclosure is adequate and/or enough to give comfort to the market. We have upped our EPS slightly for 2008E to 68.3p mainly as a result of a lower number of shares and slightly higher core earnings, but otherwise are not prepared to take on board the announced 33% increase in synergies for ABN until there is further disclosure. Our new SOP PT of 420p 2008E (previous PT 470p) offers some upside, but far less than our European banks sector average of 28% and we also believe this will be capped by the lack of clarity.

- **We estimate c£13bn capital shortfall**. Trading on a capital adjusted PE of 7.9 x 2009E and an implied P/JPM adj. NAV of 1.8 x 2009E these do not appear to be distressed multiples for a bank, which needs to rebuild its capital base and we see significant medium term balance sheet constraints. RBS remains Neutral.

**Neutral**

**385p**
29 February 2008
Price Target: 420p

**Banks**

**Carla Antunes da Silva**[AC]
(44-20) 7325-8215
carla.antunes-silva@jpmorgan.com

**Ashley P Stuart**
(44-20) 7325 4813
ashley.p.stuart@jpmorgan.com

**Price Performance**



Source: RIMES, Reuters.

### Royal Bank of Scotland Group Plc (RBS.L;RBS LN)

|  | 2007A | 2008E (Old) | 2008E (New) | 2009E | 2010E |
|---|---|---|---|---|---|
| Adj. EPS FY (p) | 79.47 | 63.26 | 68.31 | 71.48 | 80.81 |
| Adj P/E FY | 4.8 | 6.1 | 5.6 | 5.4 | 4.8 |
| NAV/Sh FY (p) | 177.7 | 240.0 | 203.9 | 231.7 | 264.7 |
| P/NAV FY | 2.2 | 1.6 | 1.9 | 1.7 | 1.5 |
| Dividend (Net) FY (p) | 33 | 29 | 30 | 32 | 38 |
| Pretax Profit Adjusted FY (£ mn) | 10,282 | 8,786 | 10,674 | 11,156 | 12,640 |
| Net Attributable Income FY (£ mn) | 7,303 | 5,962 | 6,479 | 6,499 | 7,477 |
| NAV FY (£ mn) | 17,780 | 22,849 | 20,467 | 23,320 | 26,723 |

Source: Company data, Reuters, JPMorgan estimates.

**Company Data**

| | |
|---|---|
| Price (p) | 385 |
| Date Of Price | 29 Feb 08 |
| 52-week Range (p) | 725 - 317 |
| Mkt Cap (£ bn) | 12.3 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 3,197 |

www.morganmarkets.com                                    J.P. Morgan Securities Ltd.

See page 7 for analyst certification and important disclosures, including investment banking relationships.
JPMorgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. The analysts listed above are employees of either J.P. Morgan Securities Ltd. or another non-US affiliate of JPMSI, and are not registered/qualified as research analysts under NYSE/NASD rules, unless otherwise noted.

Carla Antunes da Silva
(44-20) 7325-8215
carla.antunes-silva@jpmorgan.com

**Europe Equity Research**
03 March 2008



## Summary of Results

RBS reported 2007 FY results for the first time since they acquired ABN. We refer to the statutory accounts first (which includes 2 months of consolidation of ABN) as there is little disclosure in terms of pro forma figures, an issue we will address later in this note. At this stage we note that these results are some of the most limited disclosure we have seen and the fact that there is no split in some cases between the standalone company and the acquisition vehicle does not help, in our view.

- EPS (adjusted and diluted) came in at 77.9p, a significant beat (c.5%) to consensus, which probably did not include 2 months of ABN. DPS came in at 33.2p, an increase of 10% on last year's.

- At a Group P&L level we had not included the ABN impact in any of our numbers for 2007 on the expectation that it would be split out. However, the reported beat was mainly from 3 areas:

**1. Total revenues**
Came in at £26,463m (12.4% yoy) mainly as a result of higher Other Income at GBM which totalled £1,899m compared to £630m in H1. This includes a £950m gain on Southern Water, £302m on sale and leasebacks and £173m on the disposal of LSE and MasterCard. Despite an expected substantial gain from the sale of Angel Trains and Condor Ferries some time this year, we still expect a significantly lower run rate of c.£500m for 2008E and 2009E. We note that RBS has created an Opportunities Fund where they have put most of their private equity assets, selling stakes to investors in order to improve capital efficiency under Basel II (sounds like a similar accounting arbitrage as used when purchasing the Bank of China stake):

**2. Group provisions**
Came in high at £2,128m, partly a result of much higher provisions on Citizens, which came in at £181m in 2006 vs. £341m in 2007 (+88% yoy). Given the pro-cyclical nature of IFRS accounting combined with Basel II, going forward we expect provisions across the board to increase significantly. We note nevertheless, that the coverage ratio of 60% is not high but certainly better than some of its peers such as HBOS at 38% and Barclays at 39%;

**3. Tax rate**
Much lower tax rate of 20.7% compared to JPME estimates of 27.2%. The tax rate is expected to revert to more normal levels in 2008 (c.28-29%). RBS were beneficiaries from a large number of deferred tax assets following the Corporation Tax reduction, low tax investment gains and weaker performance in the higher tax regime of the US during 2007.

### Capital remains one of the main areas of opaqueness and concern

On a statutory basis, the Tier 1 capital ratio came in at 7.3%, in line with guidance at the trading statement of 7.25%. The core Tier 1 ratio was 4.5%, again guided to at the time of the trading statement. Many of the questions at the analyst presentation focused on the lack of disclosure of pro forma capital levels of the Group, an issue

2

Carla Antunes da Silva
(44-20) 7325-8215
carla.antunes-silva@jpmorgan.com

**Europe Equity Research**
03 March 2008



that has been central to the RBS investment case at least as much as any other European bank in the past five years. They were unable to give any detail on Basel II, though there was an interesting comment on how they felt the regulators and rating agencies understand their business so no problems there... The risk of systemic issues is precisely the reason we do not think the regulator is going to impose much needed harsher capital measures on the UK banks at this stage despite the extremely leveraged balance sheets.

In the medium term, the calibration of capital ratios will leave RBS with a core Tier I at or slightly higher throughout the transition period as they sell the assets to Santander and Fortis. On separation, which will only happen fully in 2-3 years time, they expect to be at or above the levels today. This does not answer why on our estimates the pro forma core Tier 1 looks more like 3.8%-3.9% core Tier I (ex various minority interest accounting structures) and why they think this is reasonable. They claimed that in order to achieve these levels they did not see any unusual disposals, capital raising and/or any one-offs in the plans for capital going forward.

Finally, RBS talked about operating within a 7%-8% Tier I range, implying a 5.25%-5.75% core Tier I target and would encourage the market to think towards the upper end of those levels in the longer term.

**Table 1: RBS Capital**
p

|  | 2007 | 2008E | 2009E | 2010E |
|---|---|---|---|---|
| Stated Book Value | 447p | 472p | 499p | 531p |
| NAV ex-goodwill | 178p | 204p | 232p | 265p |
| JPM adjusted NAV | 156p | 182p | 210p | 243p |

Source: JPMorgan estimates.

## Further details on exposures and write-downs – But are they enough?

Standalone write-downs were £1,895mn compared to £1.0 bn announced in December, which net of £275mn of fair value gains in their own debt, came to £1620mn There were also credit write-downs at ABN of £91m and fair value adjustments to debt securities of £978m. We summarise the details below:

1. Super senior ABS CDOs £4.1bn o.w. £2.6 in high grade CDOs and £1.3bn in Mezzanine CDOs. CDO write-downs totalled £659m:

2. Sub prime trading inventory of £1.2bn of which £937m in investment grade and residuals of £100m. Trading inventory and residuals write-downs totalled £495mn:

3. £8.7bn of leverage finance where they have made £285m of write-downs.

All of these were roughly the same levels as back in the December trading statement. New exposures that we did not know were the following:

1. £2.2bn Alt A exposure, which was a less sizable figure than some were expecting.

3

Carla Antunes da Silva
(44-20) 7325-8215
carla.antunes-silva@jpmorgan.com

**Europe Equity Research**
03 March 2008



2. £1.4bn CLO exposure.

3. £8.8bn of commercial mortgages (which is a big number).

4. £2.6bn of mono-line exposure where they have made a £456mn write-down. We think this largely relates to wraps on negative basis trades, which could be a sizable portion of the balance sheet.

In terms of write downs there were none made straight to the balance sheet, so all fair value adjustments through P&L. RBS explained that they have no exposure to CDO^2. Gross exposures to CDOs was about £8bn against a net of £2.6bn on CDOs (we think this refers to HG ABS CDOs). Some Alt-A marks but small numbers, most is AAA but the non-investment grade is now at a very low price. Finally, Citizens has $27bn of RMBS and c.$35bn of HELOCs.

In general, we would note that the level of net exposures was not excessive, though the level of write-downs would appear slightly low. But having said that, the hedges in place are quite significant and without detail on the gross exposure and hedges it is difficult to gauge how prudent they really are.

### More needed on ABN…

With total income of €6.9bn and total expenses of €5.9bn the underlying operating profit came in at €642m. There was little in terms of further disclosure on ABN, which was rather disappointing. We note the following:

- Total synergies for ABN increased by €570mn to €2.3bn compared to previous guidance of €1.7bn (an increase of 33%). Of the increase around half is due to further cost initiatives and the rest in terms of revenues – mainly in International retail, where previously they had none. At this stage we are still not giving RBS the benefit of the doubt on these figures, especially considering the lack of information of the pro forma balance sheet. We will require much more information if we are to include anywhere close to these figures…

- Goodwill for their part of ABN was disclosed as a figure close to £8bn 'including intangibles', which given that GW is intangbile we take to mean other intangibles.

- Finally, general comments about ABN being a 'good' bank but not such a good business, with a good franchise and customer capability but overstaffed and overly complex structure. The issue they described as being between customer facing people and the centre. Though there are no immediate plans for disposals we believe RBS will look closely at ABN's balance sheet and may identify non core assets in the future.

## Where does this leave us with RBS?

Although the headline beat was strong once you go through the items it was based on low quality, non sustainable items. Furthermore, transparency and clarity on capital and balance sheet is no better than it was before the results (although we are told there will be some seminars organised to give us more disclosure over Q2). For the bears on the stock there were no obvious smoking guns. Having said that, we do not think the level of disclosure is adequate and/or enough to give comfort to the market.

4

Carla Antunes da Silva
(44-20) 7325-8215
carla.antunes-silva@jpmorgan.com

**Europe Equity Research**
03 March 2008



Last but not least, trading on a capital adjusted PE of 7.9 x 2009E and an implied P/JPM adj NAV of 1.8 x 2009E, we believe these are stretched multiples for a bank where we estimate a capital shortfall of c.£13bn. Having performed reasonably strong into the figures, we expect the stock to drift back. RBS remains Neutral.

## Changes to Estimates

**Table 2: Changes To Key Estimates**

|  | 2008E | 2009E | 2010E |
|---|---|---|---|
| New basic EPS (p) | 64.7 | 64.7 | 74.2 |
| EPS growth (%) | -15.4% | 0.0% | 14.7% |
| Old basic EPS (p) | 62.7 | 60.1 | 63.3 |
| % difference | 3.1% | 7.6% | 17.1% |
|  |  |  |  |
| **New diluted ongoing EPS (p)** | **68.3** | **71.5** | **80.8** |
| **EPS growth (%)** | **-14.0%** | **4.6%** | **13.1%** |
| **Old diluted ongoing EPS (p)** | **63.3** | **60.7** | **63.8** |
| **% difference** | **8.0%** | **17.8%** | **26.6%** |
|  |  |  |  |
| New normalised EPS (p) | 60.8 | 69.3 | 79.6 |
| EPS growth (%) | -2.1% | 13.9% | 14.9% |
| Old normalised EPS (p) | 57.3 | 57.3 | 61.0 |
| % difference | 6.2% | 20.9% | 30.6% |
|  |  |  |  |
| New DPS (p) | 30.3 | 32.3 | 37.8 |
| DPS growth (%) | 7.8% | 8.3% | 9.7% |
| Old DPS (p) | 29.4 | 30.0 | 32.2 |
| % difference | 3.1% | 7.6% | 17.1% |

Source: JPMorgan estimates.

## Valuation

Our new Dec 08E target price of 420p is based on our sum-of-the-parts analysis as shown in Table 3.

**Table 3: RBS 08E PT Derived From 2009E SOTP**

|  | Earnings | Value | Valuation method | Value per share (p) | P/E (x) | P/NAV (x) |
|---|---|---|---|---|---|---|
| Corporate Markets | 4,582 | 32,682 |  | 300 | 7.1 | 1.5 |
| o.w. UK Corporate | 1,506 | 12,067 | RoE - g/CoE - g | 110 | 8.0 | 1.5 |
| o.w. GBM | 2,361 | 13,981 | RoE - g/CoE - g | 130 | 5.9 | 1.5 |
| o.w. ABN Business | 715 | 6,634 | RoE - g/CoE - g | 60 | 9.3 | 1.6 |
| Retail markets | 2,121 | 17,328 |  | 160 | 8.2 | 4.5 |
| o.w. Retail | 1,770 | 12,631 | RoE - g/CoE - g | 120 | 7.1 | 3.7 |
| o.w. Wealth management | 351 | 4,697 | RoE - g/CoE - g | 40 | 13.4 | 11.6 |
| Citizens | 781 | 4,078 | RoE - g/CoE - g | 40 | 5.2 | 1.3 |
| Ulster Bank | 452 | 3,963 | RoE - g/CoE - g | 40 | 8.8 | 1.5 |
| RBS Insurance | 699 | 6,991 | PE | 60 | 10.0 | 3.4 |
| **Group core earnings** | **8,635** | **65,042** |  | **600** | **7.5** | **1.9** |
| Corporate activities | -1,402 | -1,007 | PE / BV | -10 | -0.7 |  |
| Capital excess / shortfall | -734 | -18,538 | PE / BV | -170 | 0.0 |  |
| **Total RBS Group** | **6,499** | **45,497** |  | **420** | **7.0** | **2.1** |
| Adjusted discount factor |  |  |  | 1.0 |  |  |
| **Target price** |  |  |  | **420** | **7.0** | **2.1** |

Source: JPMorgan estimates.

5

Carla Antunes da Silva
(44-20) 7325-8215
carla.antunes-silva@jpmorgan.com

**Europe Equity Research**
03 March 2008



**Risks to our rating and price target**
Being a diversified group RBS has managed to mitigate some of the concentration risks that some of the more UK-focused banks face. Still, with the onset of Basel II we see risk to the downside in terms of further capital requirements. Through Corporate Markets, the bank is highly exposed to corporate credit quality, and to some extent the market conditions in fixed income. The acquisition of ABN's wholesale banking business has increased the exposure to capital markets. RBS is also exposed to the UK general insurance cycle and currency risks, more specifically the US dollar both through Corporate Markets and Citizens, and also the euro, which present risks to the upside and downside, in our view.

Carla Antunes da Silva
(44-20) 7325-8215
carla.antunes-silva@jpmorgan.com

**Europe Equity Research**
03 March 2008



**Analyst Certification:**
The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report.

**Important Disclosures**

- **Market Maker/ Liquidity Provider:** JPMSL and/or an affiliate is a market maker and/or liquidity provider in Royal Bank of Scotland.
- **Client of the Firm:** Royal Bank of Scotland is or was in the past 12 months a client of JPMSI; during the past 12 months, JPMSI provided to the company non-investment banking securities-related service and non-securities-related services.
- **Investment Banking (next 3 months):** JPMSI or its affiliates expect to receive, or intend to seek, compensation for investment banking services in the next three months from Royal Bank of Scotland.
- **Non-Investment Banking Compensation:** JPMSI has received compensation in the past 12 months for products or services other than investment banking from Royal Bank of Scotland. An affiliate of JPMSI has received compensation in the past 12 months for products or services other than investment banking from Royal Bank of Scotland.



Royal Bank of Scotland (RBS.L) Price Chart

| Date | Rating | Share Price (p) | Price Target (p) |
|---|---|---|---|
| 07-Feb-06 | N | 582 | - |
| 28-Feb-06 | N | 620 | 2090 |
| 18-Jul-06 | N | 560 | 2120 |
| 28-Sep-06 | N | 597 | 2080 |
| 29-Sep-06 | OW | 604 | 2080 |
| 18-Dec-06 | OW | 665 | 2270 |
| 21-Dec-06 | OW | 659 | 2400 |
| 21-May-07 | OW | 653 | 800 |
| 07-Aug-07 | OW | 570 | 730 |
| 08-Aug-07 | N | 590 | 730 |
| 18-Jan-08 | N | 386 | 470 |

Source: Reuters and JPMorgan; price data adjusted for stock splits and dividends.
Break in coverage Jan 31, 2006 - Feb 07, 2006. This chart shows JPMorgan's continuing coverage of this stock; the current analyst may or may not have covered it over the entire period.
JPMorgan ratings: OW = Overweight, N = Neutral, UW = Underweight.

**Explanation of Equity Research Ratings and Analyst(s) Coverage Universe:**
JPMorgan uses the following rating system: **Overweight** [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] **Neutral** [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] **Underweight** [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] The analyst or analyst's team's coverage universe is the sector and/or country shown on the cover of each publication.  See below for the specific stocks in the certifying analyst(s) coverage universe.

Coverage Universe: **Carla Antunes da Silva:** Barclays (BARC.L), HBOS (HBOS.L), HSBC Holdings plc (HSBA.L), Lloyds TSB (LLOY.L), Royal Bank of Scotland (RBS.L)

Carla Antunes da Silva  
(44-20) 7325-8215  
carla.antunes-silva@jpmorgan.com

**Europe Equity Research**  
03 March 2008



**JPMorgan Equity Research Ratings Distribution, as of December 31, 2007**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| JPM Global Equity Research Coverage | 45% | 41% | 14% |
| IB clients* | 50% | 51% | 38% |
| JPMSI Equity Research Coverage | 41% | 47% | 12% |
| IB clients* | 71% | 64% | 49% |

*Percentage of investment banking clients in each rating category.  
For purposes only of NASD/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category.

**Valuation and Risks:** Please see the most recent company-specific research report for an analysis of valuation methodology and risks on any securities recommended herein. Research is available at http://www.morganmarkets.com , or you can contact the analyst named on the front of this note or your JPMorgan representative.

**Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues, which include revenues from, among other business units, Institutional Equities and Investment Banking.

**Other Disclosures**

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your JPMorgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf.

**Legal Entities Disclosures**
**U.S.:** JPMSI is a member of NYSE, FINRA and SIPC. J.P. Morgan Futures Inc. is a member of the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC and is authorized and regulated in the UK by the Financial Services Authority. **U.K.:** J.P. Morgan Securities Ltd. (JPMSL) is a member of the London Stock Exchange and is authorised and regulated by the Financial Services Authority. Registered in England & Wales No. 2711006. Registered Office 125 London Wall, London EC2Y 5AJ. **South Africa:** J.P. Morgan Equities Limited is a member of the Johannesburg Securities Exchange and is regulated by the FSB. **Hong Kong:** J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong. **Korea:** J.P. Morgan Securities (Far East) Ltd, Seoul branch, is regulated by the Korea Financial Supervisory Service. **Australia:** J.P. Morgan Australia Limited (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (ABN 61 003 245 234/AFS Licence No: 238066) is a Market Participant with the ASX and regulated by ASIC. **Taiwan:** J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited is a member of the National Stock Exchange of India Limited and The Stock Exchange, Mumbai and is regulated by the Securities and Exchange Board of India. **Thailand:** JPMorgan Securities (Thailand) Limited is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission. **Indonesia:** PT J.P. Morgan Securities Indonesia is a member of the Jakarta Stock Exchange and Surabaya Stock Exchange and is regulated by the BAPEPAM. **Philippines:** J.P. Morgan Securities Philippines Inc. is a member of the Philippine Stock Exchange and is regulated by the Securities and Exchange Commission. **Brazil:** Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico:** J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by J.P. Morgan Securities Singapore Private Limited (JPMSS) [mica (p) 207/01/2008 and Co. Reg. No.: 199405335R] which is a member of the Singapore Exchange Securities Trading Limited and is regulated by the Monetary Authority of Singapore (MAS) and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) which is regulated by the MAS. **Malaysia:** This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-x) which is a Participating Organization of Bursa Malaysia Securities Bhd and is licensed as a dealer by the Securities Commission in Malaysia. **Pakistan:** J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Issued and approved for distribution in the U.K. and the EEA by JPMSL. Investment research issued by JPMSL has been prepared in accordance with JPMSL's Policies for Managing Conflicts of Interest in Connection with Investment Research which outline the effective organisational and administrative arrangements set up within JPMSL for the prevention and avoidance of conflicts of interest with respect to research recommendations, including information barriers, and can be found at http://www.jpmorgan.com/pdfdoc/research/ConflictManagementPolicy.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction **Germany:**

Carla Antunes da Silva
(44-20) 7325-8215
carla.antunes-silva@jpmorgan.com

**Europe Equity Research**
03 March 2008



This material is distributed in Germany by J.P. Morgan Securities Ltd. Frankfurt Branch and JPMorgan Chase Bank, N.A., Frankfurt Branch who are regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only.  JPMSAL does not issue or distribute this material to "retail clients."  The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL.  For the purposes of this paragraph the terms "wholesale client" and "retail client" have the meanings given to them in section 761G of the Corporations Act 2001. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for persons licensed by or registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months' prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider for derivative warrants issued by J.P. Morgan International Derivatives Ltd and listed on The Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk/prod/dw/Lp.htm. **Japan:** There is a risk that a loss may occur due to a change in the price of the shares in the case of share trading, and that a loss may occur due to the exchange rate in the case of foreign share trading. In the case of share trading, JPMorgan Securities Japan Co., Ltd., will be receiving a brokerage fee and consumption tax (shouhizei) calculated by multiplying the executed price by the commission rate which was individually agreed between JPMorgan Securities Japan Co., Ltd., and the customer in advance. Financial Instruments Firms: JPMorgan Securities Japan Co., Ltd., Kanto Local Finance Bureau (kinsho) No. [82] Participating Association / Japan Securities Dealers Association, The Financial Futures Association of Japan. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Ltd, Seoul branch. **Singapore:** JPMSI and/or its affiliates may have a holding in any of the securities discussed in this report; for securities where the holding is 1% or greater, the specific holding is disclosed in the Legal Disclosures section above. **India:** For private circulation only not for sale. **Pakistan:** For private circulation only not for sale. **New Zealand:**   This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL.

**General:**  Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively JPMorgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMSI and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMSI distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a JPMorgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised February 6, 2008.

**Copyright 2008 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of JPMorgan.**




Carla Antunes da Silva
(44-20) 7325-8215
carla.antunes-silva@jpmorgan.com

All Data As Of 29-Feb-08

## Q-Snapshot: Royal Bank of Scotland Group PLC

**Targets & Recommendations**

**EPS Revisions**

**EPS Momentum (%)**

**Historical Total Return (%)**

**Consensus Growth Outlook (%)**

**Quant Return Drivers (A Score >50% indicates company ranks 'above average')**

| Score 0% (worst) to 100% (best) | vs Country Peers | vs (regional) IBES Industry Peers |
|---|---|---|
| **Valuations:** P/E Vs Market (12mth fwd EPS) | 98% | 94% |
| **Valuations:** P/E Vs Sector (12mth fwd EPS) | 90% | 94% |
| **Valuations:** EPS Growth (forecast) | 19% | 33% |
| **Momentum:** 12 Month Price Momentum | 17% | 23% |
| **Momentum:** 1 Month Price Reversion | 49% | 42% |
| **Quality:** Return On Equity (forecast) | 37% | 45% |
| **Quality:** Earnings Risk (Variation in Consensus) | 25% | 39% |
| **Earnings&Sentiment:** Earnings Momentum | 34% | 37% |
| **Earnings&Sentiment:** Change in Recomms | 21% | 20% |
| **Earnings&Sentiment:** Net Revisions Fy2 EPS | 29% | 32% |
| **COMPOSITE Q-SCORE** (0% To 100%)** | **38%** | **47%** |

**JPMorgan Composite Q-Score**

**Regional IBES Industry Peers (Closest by Size, Consensus. ADV = Average daily value traded in US$m over the last 3 mths)**

| Code | Name | Country | USD MCAP | ADV | PE FY1 | Q-Score** |
|---|---|---|---|---|---|---|
| HSBA-GB | HSBC Holdings PLC | United Kingdom | 186,644 | 802.86 | 10.3 | 41% |
| AABA-NL | ABN AMRO Holding N.V. | Netherlands | 105,841 | 20.69 | 16.2 | 94% |
| **RBS-GB** | **Royal Bank of Scotland Group PLC** | **United Kingdom** | **80,915** | **693.25** | **6.0** | **47%** |
| HBOS-GB | HBOS PLC | United Kingdom | 48,400 | 380.31 | 6.2 | 33% |
| STAN-GB | Standard Chartered PLC | United Kingdom | 47,209 | 258.17 | 14.4 | 89% |
| HVM-DE | Bayerische Hypo- und Vereinsbank AG | Germany | 44,354 | 8.19 | 13.8 | 62% |
| KBC-BE | KBC Group N.V. | Belgium | 43,439 | 126.09 | 9.3 | 63% |
| DEXB-BE | Dexia S.A. | Belgium | 28,564 | 123.88 | 8.2 | 50% |
| ETE-GR | National Bank of Greece S.A. | Greece | 27,175 | 103.91 | 11.1 | 94% |
| DANSKE-DK | Danske Bank A/S | Denmark | 26,575 | 92.53 | 8.6 | 48% |
| RIBH-AT | Raiffeisen International Bank-Holding AG | Austria | 20,943 | 49.46 | 16.1 | 67% |

**Country Peers (Closest by Size, Consensus. ADV = average daily value traded in US$m over the last 3 mths)**

| Code | Name | Industry | USD MCAP | ADV | PE FY1 | Q-Score** |
|---|---|---|---|---|---|---|
| BP-GB | BP PLC | Integrated Oil | 208,982 | 628.60 | 9.6 | 61% |
| HSBA-GB | HSBC Holdings PLC | Major Banks | 186,644 | 802.86 | 10.3 | 27% |
| VOD-GB | Vodafone Group PLC | Wireless Telecommunications | 172,477 | 685.30 | 13.8 | 79% |
| GSK-GB | GlaxoSmithKline PLC | Pharmaceuticals: Major | 123,883 | 461.21 | 11.7 | 55% |
| AAL-GB | Anglo American PLC | Other Metals/Minerals | 86,834 | 489.21 | 12.5 | 80% |
| **RBS-GB** | **Royal Bank of Scotland Group PLC** | **Major Banks** | **80,915** | **693.25** | **6.0** | **38%** |
| BG-GB | BG Group PLC | Integrated Oil | 79,137 | 252.36 | 18.6 | 86% |
| BATS-GB | British American Tobacco PLC | Tobacco | 77,173 | 195.13 | 16.1 | 91% |
| BARC-GB | Barclays PLC | Major Banks | 67,433 | 708.30 | 7.2 | 39% |
| TSCO-GB | Tesco PLC | Food Retail | 62,802 | 267.23 | 15.8 | 43% |
| AZN-GB | AstraZeneca PLC | Pharmaceuticals: Major | 56,899 | 341.58 | 8.9 | 77% |

Source: Factset, Thomson and JPMorgan Quantitative Research. For an explanation of the Q-Snapshot, please visit http://jpmorgan.hk.acrobat.com/qsnapshot/
Q-Snapshots are a product of JPMorgan's Global Quantitative Analysis team and provide quantitative metrics summarized in an overall company 'Q-Score.'
Q-Snapshots are based on consensus data and should not be considered as having a direct relationship with the JPMorgan analysts' recommendation.
* Total number of target prices, recommendations or EPS forecasts that make up consensus. ** The Composite Q-Score is calculated by weighting and combining the 10 Quant return drivers shown. The higher the Q-Score the higher the one month expected return. On a 14 Year back-test the stocks with the highest Q-Scores have been shown (on average) to significantly outperform those stocks with the lowest Q-Scores in this universe.

Carla Antunes da Silva  
(44-20) 7325-8215  
carla.antunes-silva@jpmorgan.com

**Europe Equity Research**  
03 March 2008



## Royal Bank of Scotland: Summary of Financials

| Income Statement | | | | | | Ratio Analysis | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| £ in millions, year-end Dec | FY06E | FY07E | FY08E | FY09E | FY10E | | FY06E | FY07E | FY08E | FY09E | FY10E |
| | | | | | | **Per Share Data** | | | | | |
| Net interest income | 10,596 | 12,668 | 15,489 | 16,229 | 17,045 | EPS Reported (p) | 194.7 | 76.4 | 64.7 | 64.7 | 74.2 |
| % YoY change | 7% | 20% | 22% | 5% | 5% | EPS Adjusted, Diluted (p) | 198.4 | 79.5 | 68.3 | 71.5 | 80.8 |
| Non-interest income | 11,433 | 12,338 | 17,136 | 18,310 | 19,785 | % YoY change | 14% | 20% | -14% | 5% | 13% |
| Fees & commissions | 5,121 | 6,154 | 8,547 | 9,133 | 9,868 | DPS (p) | 90.6 | 33.2 | 30.3 | 32.3 | 37.8 |
| % YoY change | 4% | 20% | 39% | 7% | 8% | % YoY change | 25% | 10% | -9% | 6% | 17% |
| Trading revenues | 2,675 | 1,327 | 1,843 | 1,969 | 2,128 | Dividend yield | 4.6% | 7.5% | 7.8% | 8.3% | 9.7% |
| % YoY change | 14% | -50% | 39% | 7% | 8% | Payout ratio | 46.5% | 43.5% | 46.9% | 49.9% | 50.9% |
| Other income | -- | -- | -- | -- | -- | BV per share (p) | 1,159 | 447 | 472 | 499 | 531 |
| Total operating revenues | 23,544 | 26,463 | 34,209 | 36,230 | 38,573 | NAV per share (p) | 560 | 178 | 204 | 232 | 265 |
| % YoY change | 11% | 12% | 29% | 6% | 6% | Shares outstanding | 3,153 | 10,006 | 10,036 | 10,066 | 10,096 |
| Admin expenses | -12,252 | -14,053 | -20,481 | -21,162 | -21,839 | | | | | | |
| % YoY change | 8% | 15% | 46% | 3% | 3% | **Return ratios** | FY06E | FY07E | FY08E | FY09E | FY10E |
| Other expenses | -97 | -94 | -274 | -94 | -94 | RoRWA | 1.61% | 1.45% | 1.04% | 1.02% | 1.13% |
| Pre-provision operating profit | 11,292 | 12,410 | 13,727 | 15,068 | 16,734 | Pre-tax RoE | 26.6% | 24.4% | 22.0% | 20.8% | 22.4% |
| % YoY change | 13% | 10% | 11% | 10% | 11% | RoE | 18.0% | 18.0% | 14.1% | 13.3% | 14.4% |
| Loan loss provisions | 1,877 | 2,106 | 3,054 | 3,913 | 4,095 | RoNAV | 41.2% | 41.2% | 33.9% | 29.7% | 29.9% |
| Other provisions | 0 | 22 | -1 | -1 | -1 | | | | | | |
| Other non recurrent items | -134 | -108 | -451 | -902 | -902 | **Revenues** | FY06E | FY07E | FY08E | FY09E | FY10E |
| Pretax profit | 9,186 | 9,900 | 10,130 | 10,160 | 11,644 | NIM (NII / AIEA) | 1.7% | 1.5% | 1.7% | 1.7% | 1.6% |
| % YoY change | 16% | 8% | 2% | 0% | 15% | Non-IR / average assets | 1.4% | 0.9% | 0.7% | 0.6% | 0.7% |
| Tax | -2,689 | -2,052 | -2,863 | -2,871 | -3,287 | Total rev / average assets | 2.9% | 1.9% | 1.5% | 1.3% | 1.3% |
| % Tax rate | 29% | 21% | 28% | 28% | 28% | NII / Tot revenues | 45.0% | 47.9% | 45.3% | 44.8% | 44.2% |
| Minorities | -295 | -409 | -788 | -790 | -881 | Fees / tot revenues | 21.8% | 23.3% | 25.0% | 25.2% | 25.6% |
| Net Income (Reported) | 6,202 | 7,303 | 6,479 | 6,499 | 7,477 | Trading / Tot revenues | 11.4% | 5.0% | 5.4% | 5.4% | 5.5% |

| Balance sheet | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| £ in millions, year-end Dec | FY06E | FY07E | FY08E | FY09E | FY10E | | FY06E | FY07E | FY08E | FY09E | FY10E |
| **ASSETS** | | | | | | **Cost ratios** | | | | | |
| Net customer loans | 466,893 | 829,250 | 823,624 | 837,029 | 873,342 | Cost / income | 52.04% | 53.10% | 59.87% | 58.41% | 56.62% |
| % YoY change | 12% | 78% | -1% | 2% | 4% | Cost / assets | 1.49% | 1.01% | 0.87% | 0.75% | 0.75% |
| Loan loss reserves | 3,933 | 6,438 | 7,425 | 7,054 | 6,701 | Staff numbers | 135,000 | 226,400 | 229,600 | 234,700 | 239,900 |
| Investments | 140,755 | 329,453 | 672,451 | 687,395 | 707,226 | | | | | | |
| Other interest earning assets | 88,097 | 237,689 | 485,150 | 495,932 | 510,239 | **Balance Sheet Gearing** | FY06E | FY07E | FY08E | FY09E | FY10E |
| % YoY change | 16% | 170% | 104% | 2% | 3% | Loan / deposit | 122% | 122% | 166% | 161% | 159% |
| Average interest earning assets | 623,544 | 848,362 | 920,946 | 976,150 | 1,051,596 | Investment / assets | 16% | 17% | 24% | 24% | 24% |
| Goodwill | 18,904 | 48,492 | 48,492 | 48,492 | 48,492 | Loan / assets | 54% | 44% | 29% | 29% | 30% |
| Other assets | 8,136 | 19,066 | 19,638 | 20,227 | 20,834 | Customer deposits / liabilities | 44% | 36% | 18% | 18% | 19% |
| **Total assets** | 871,432 | 1,900,519 | 2,810,414 | 2,866,831 | 2,959,870 | LT Debt / liabilities | 10% | 14% | 20% | 20% | 20% |
| **LIABILITIES** | | | | | | **Asset Quality / Capital** | FY06E | FY07E | FY08E | FY09E | FY10E |
| Customer deposits | 384,222 | 682,365 | 495,898 | 520,252 | 547,892 | Loan loss reserves / loans | 0.8% | 0.8% | 0.9% | 0.8% | 0.8% |
| % YoY change | 12% | 78% | -27% | 5% | 5% | NPLs / loans | 1.4% | 1.3% | 1.4% | 1.4% | 1.4% |
| Long term funding | 85,963 | 273,615 | 575,519 | 582,935 | 599,153 | LLP / RWA | 0.5% | 0.3% | 0.5% | 0.6% | 0.6% |
| Interbank funding | 132,143 | 312,633 | 657,590 | 666,062 | 684,593 | Loan loss reserves / NPLs | 62.1% | 60.0% | 66.0% | 59.7% | 54.5% |
| Average interest bearing liabs | 582,702 | 800,593 | 869,090 | 921,185 | 992,383 | Growth in NPLs | 6.7% | 69.3% | 4.8% | 5.1% | 4.1% |
| Other liabilities | 225,303 | 548,338 | 993,656 | 1,006,978 | 1,034,226 | RWAs | 400,300 | 609,000 | 631,301 | 648,762 | 675,530 |
| Retirement benefit liabilities | 1,992 | 496 | 1,992 | 1,992 | 1,992 | % YoY change | 8% | 52% | 4% | 3% | 4% |
| **Shareholders' equity** | 36,546 | 44,684 | 47,371 | 50,224 | 53,627 | Core Tier 1 | 4.4% | -0.6% | -0.2% | 0.3% | 0.8% |
| Minorities | 5,263 | 38,388 | 38,388 | 38,388 | 38,388 | Total Tier 1 | 7.5% | 7.3% | 6.4% | 6.8% | 7.1% |
| **Total liabilities** | 871,432 | 1,900,519 | 2,810,414 | 2,866,831 | 2,959,870 | | | | | | |

Source: Company data, JPMorgan estimates.

11