# Robbins Geller
# Rudman & Dowd LLP

Atlanta     Melville      Philadelphia   San Francisco
Boca Raton  New York      San Diego      Washington, DC

Theodore J. Pintar
TPintar@rgrdlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 09 2012

March 13, 2012

**SO ORDERED**

The oral argument is scheduled for May 15, 2012 at 10:00 a.m.

APR 09 2012  /s/ George B. Daniels

HON. GEORGE B. DANIELS

VIA U.S. MAIL

The Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1581

Re:   *Lighthouse Financial Group v. The Royal Bank of Scotland Group, PLC, et al.*,
      Civil Action No. 1:11-cv-00398-GBD

Dear Judge Daniels:

   I write on behalf of plaintiffs in the above-referenced matter and pursuant to the Individual Practices of Judge George B. Daniels, §2.E., to request oral argument in connection with The Royal Bank of Scotland's and certain individual defendants' pending motions to dismiss. *See* Dkt. Nos. 74-87.

   Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            /s/ Ted Pintar
                                            THEODORE J. PINTAR

TJP:jpi

693612_1

655 West Broadway, Suite 1900    San Diego, CA 92101    Tel 619 231 1058    Fax 619 231 7423    rgrdlaw.com

