**WILMERHALE**

April 6, 2012

By Facsimile

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1581

**David Sapir Lesser**

+1 212 230 8851 (t)
+1 212 230 8888 (f)
david.lesser@wilmerhale.com

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: APR 09 2012

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 09 2012*

Re: *Lighthouse Financial Group v. The Royal Bank of Scotland Group, PLC*, No. 11 Civ. 398

Dear Judge Daniels:

I write on behalf of Defendants in the above-captioned action to respectfully request permission to file reply briefs in support of Defendants' motions to dismiss the Class Action Complaint totaling up to 63 pages—i.e., one half of the total number of pages permitted for Defendants' opening briefs and Plaintiffs' briefs in opposition.

By way of background, on January 12, 2012, the Court granted Defendants' request to file briefs in support of the motion to dismiss totaling 125 pages. *See* Dkt. No. 73. On March 12, 2012, the Court granted Plaintiffs' request to file briefs in opposition totaling the same number of pages. *See* Dkt. No. 95. Defendants accordingly request permission to file reply briefs totaling half that number of pages.

Defendants have conferred with counsel for Plaintiffs, who stated that they consent to this request.

Respectfully submitted,

David Lesser

cc: All Counsel of Record

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington