USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 17 2012

**SO ORDERED**

The oral argument is adjourned to June 14, 2012 at 10:00 a.m.

*George B. Daniel* (signature)

HON. GEORGE B. DANIELS   APR 17 2012

# WILMERHALE

Andrea J. Robinson

+1 617 526 6360 (t)
+1 617 526 5000 (f)
andrea.robinson@wilmerhale.com

April 16, 2012

By Facsimile

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1581

Re: *Lighthouse Financial Group v. The Royal Bank of Scotland Group, PLC*, No. 11 Civ. 398

Dear Judge Daniels:

I represent Defendants in the above-captioned action, and write to respectfully request an adjournment of the oral argument on Defendants' pending motions to dismiss, currently scheduled for May 15, 2012 by the Court's Order [Dkt. No. 105].

The reason for this request is that I have a previously scheduled deposition set on May 15, as well as other depositions and related obligations in the surrounding weeks. Plaintiffs have graciously agreed to accommodate these obligations, and we have jointly identified the following alternative windows when the parties are available for oral argument:

- Week of June 11
- Week of July 9
- Week of July 23

We have taken the liberty of speaking with the Court's deputy clerk, and understand that these proposed alternative windows are currently open on the Court's calendar.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*Andrea Robinson /ps/*

Andrea Robinson

cc: All Counsel of Record

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington