UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al., <br><br> Defendants. | 11 Civ. 398 (GBD) <br><br> ECF Case <br><br> Oral Argument Requested |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Gordon Francis Pell, Joseph Patrick MacHale, Archibald Hunter, Janis Kong, and Sir Stephen Arthur Robson. I certify that I am admitted to practice in this Court.

Dated: April 26, 2012                                                              Respectfully submitted,

By: /s/ Andrea J. Robinson
Andrea J. Robinson
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-600
Fax:  617-526-5000
Email: andrea.robinson@wilmerhale.com