UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>            vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>                                  Defendants. | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Gordon Francis Pell, Joseph Patrick MacHale, Archibald Hunter, Janis Kong, and Sir Stephen Arthur Robson. I certify that I am admitted to practice in this Court.

Dated: April 26, 2012

Respectfully submitted,

By: /s/ David S. Lesser
David S. Lesser
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel.: 212-230-8800
Fax: 212-230-8888
Email: david.lesser@wilmerhale.com