UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>                    Defendants. | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

**JOINDER OF GORDON FRANCIS PELL, JOSEPH PATRICK MACHALE, ARCHIBALD HUNTER, JANIS KONG, AND SIR STEPHEN ARTHUR ROBSON IN THE ROYAL BANK OF SCOTLAND GROUP PLC'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

Gordon Francis Pell, Joseph Patrick MacHale, Archibald Hunter, Janis Kong, and Sir Stephen Arthur Robson hereby join and incorporate by reference the motions to dismiss and accompanying opening and reply memoranda of law and declarations in support thereof filed by The Royal Bank of Scotland Group plc ("RBS") the Individual Defendants on January 13, 2012 and April 12, 2012.  [Dkt. Nos. 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 108, 109, 110, 111, 112, 113, 114.]

The November 1, 2011 Consolidated Amended Complaint ("CAC") [Dkt. No. 71] names Pell, MacHale, Hunter, Kong, and Robson as defendants for alleged violations of Section 11 of the Securities Act of 1933, 15 U.S.C. §§ 77(a)(2) & 77k.  Plaintiffs served Pell and MacHale on

April 11, 2012, Hunter on April 12, 2012, Kong on April 21, 2012, and Robson on April 24, 2012.

For the reasons set forth in RBS's and the Individual Defendants' motions to dismiss and accompanying opening and reply memoranda of law and declarations in support thereof, the claims against Pell, MacHale, Hunter, Kong, and Robson should be dismissed with prejudice.

Dated:  April 26, 2012

           Respectfully submitted,

           /s/ David S. Lesser
           David S. Lesser
           Robert W. Trenchard
           WILMER CUTLER PICKERING
             HALE AND DORR LLP
           399 Park Avenue
           New York, New York 10022
           Telephone:  212-230-8800
           Fax: 212-230-8888

           Andrea J. Robinson
           WILMER CUTLER PICKERING
             HALE AND DORR LLP
           60 State Street
           Boston, Massachusetts 02109
           Telephone: 617-526-6000
           Fax:  617-526-5000

*Counsel for defendants Gordon Francis Pell, Joseph Patrick MacHale, Archibald Hunter, Janis Kong, and Sir Stephen Arthur Robson*