UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

LIGHTHOUSE FINANCIAL GROUP,                  :        11 Civ. 398 (GBD)
Individually and on Behalf of All Others     :
Similarly Situated,                          :
                                             :
                                             :        ECF Case
                    Plaintiff,               :
                                             :        Oral Argument Requested
            vs.                              :
                                             :
THE ROYAL BANK OF SCOTLAND                   :
GROUP, PLC, et al.,                          :
                                             :
                    Defendants.              :
                                             :
———————————————————————— x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for defendants Mark Fisher and Colin

Alexander Mason Buchan.  I certify that I am admitted to practice in this Court.


Dated: May 1, 2012                           Respectfully submitted,


                                             By: /s/ David S. Lesser
                                             David S. Lesser
                                             WILMER CUTLER PICKERING HALE
                                               AND DORR LLP
                                             399 Park Avenue
                                             New York, New York 10022
                                             Tel.: 212-230-8800
                                             Fax: 212-230-8888
                                             Email: david.lesser@wilmerhale.com