UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>                    Defendants. | : : : : : : : : : : : : : : : : | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants Mark Fisher and Colin Alexander Mason Buchan.  I certify that I am admitted to practice in this Court.

Dated: May 1, 2012                                              Respectfully submitted,

                                                                By: /s/ Andrea J. Robinson
                                                                Andrea J. Robinson
                                                                WILMER CUTLER PICKERING
                                                                   HALE AND DORR LLP
                                                                60 State Street
                                                                Boston, Massachusetts 02109
                                                                Telephone: 617-526-600
                                                                Fax:  617-526-5000
                                                                Email: andrea.robinson@wilmerhale.com