UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>  Defendants. | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

## JOINDER OF MARK FISHER AND COLIN ALEXANDER MASON BUCHAN IN THE ROYAL BANK OF SCOTLAND GROUP PLC'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

Mark Fisher and Colin Alexander Mason Buchan hereby join and incorporate by reference the motions to dismiss and accompanying opening and reply memoranda of law and declarations in support thereof filed by The Royal Bank of Scotland Group plc ("RBS") and the Individual Defendants on January 13, 2012 and April 12, 2012.  [Dkt. Nos. 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 108, 109, 110, 111, 112, 113, 114.]

The November 1, 2011 Consolidated Amended Complaint ("CAC") [Dkt. No. 71] names Fisher and Buchan as defendants for alleged violations of Section 11 of the Securities Act of 1933, 15 U.S.C. §§ 77(a)(2) & 77k.  Plaintiffs served Fisher and Buchan on or after April 11, 2012.

- 2 -

For the reasons set forth in RBS's and the Individual Defendants' motions to dismiss and accompanying opening and reply memoranda of law and declarations in support thereof, the claims against Fisher and Buchan should be dismissed with prejudice.

Dated: May 1, 2012

                                            Respectfully submitted,

                                            /s/ David S. Lesser
                                            David S. Lesser
                                            Robert W. Trenchard
                                            WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                            399 Park Avenue
                                            New York, New York 10022
                                            Telephone: 212-230-8800
                                            Fax: 212-230-8888

                                            Andrea J. Robinson
                                            WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                            60 State Street
                                            Boston, Massachusetts 02109
                                            Telephone: 617-526-6000
                                            Fax: 617-526-5000

                                            *Counsel for defendants Mark Fisher*
                                            *and Colin Alexander Mason Buchan*