UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

LIGHTHOUSE FINANCIAL GROUP,                :    11 Civ. 398 (GBD)
Individually and on Behalf of All Others    :
Similarly Situated,                         :
                                            :    ECF Case
                        Plaintiff,          :
                                            :    Oral Argument Requested
            vs.                             :
                                            :
THE ROYAL BANK OF SCOTLAND                  :
GROUP, PLC, et al.,                         :
                                            :
                        Defendants.         :
                                            :
_____ x


## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for defendant Robert Avisson Scott.  I

certify that I am admitted to practice in this Court.


Dated: June 5, 2012

                                    Respectfully submitted,


                                    By: /s/ David S. Lesser_____
                                    David S. Lesser
                                    WILMER CUTLER PICKERING HALE
                                      AND DORR LLP
                                    399 Park Avenue
                                    New York, New York 10022
                                    Tel.: 212-230-8800
                                    Fax: 212-230-8888
                                    Email: david.lesser@wilmerhale.com