UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>           Defendants. | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Robert Avisson Scott. I certify that I am admitted to practice in this Court.

Dated: June 5, 2012

                                              Respectfully submitted,

                                              By: /s/ Robert W. Trenchard
                                              Robert W. Trenchard
                                              WILMER CUTLER PICKERING HALE
                                                AND DORR LLP
                                              399 Park Avenue
                                              New York, New York 10022
                                              Tel.: 212-230-8800
                                              Fax: 212-230-8888
                                              Email: robert.trenchard@wilmerhale.com