UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>           Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for defendant Robert Avisson Scott.  I certify that I am admitted to practice in this Court.


Dated: June 5, 2012

                                        Respectfully submitted,

                                        By: /s/ Andrea J. Robinson_____
                                        Andrea J. Robinson
                                        WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                        60 State Street
                                        Boston, Massachusetts 02109
                                        Telephone: 617-526-600
                                        Fax:  617-526-5000
                                        Email: andrea.robinson@wilmerhale.com