UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>                    Defendants. | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

# JOINDER OF ROBERT AVISSON SCOTT IN THE ROYAL BANK OF SCOTLAND GROUP PLC'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

Robert Avisson Scott hereby joins and incorporates by reference the motions to dismiss and accompanying opening and reply memoranda of law and declarations in support thereof filed by The Royal Bank of Scotland Group plc ("RBS") the Individual Defendants on January 13, 2012 and April 12, 2012.  [Dkt. Nos. 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 108, 109, 110, 111, 112, 113, 114.]

The November 1, 2011 Consolidated Amended Complaint ("CAC") [Dkt. No. 71] names Scott as a defendant for alleged violations of Section 11 of the Securities Act of 1933, 15 U.S.C. §§ 77(a)(2) & 77k.  Plaintiffs served Scott on May 16, 2012.

- 2 -

For the reasons set forth in RBS's and the Individual Defendants' motions to dismiss and accompanying opening and reply memoranda of law and declarations in support thereof, the claims against Scott should be dismissed with prejudice.

Dated:  June 5, 2012

Respectfully submitted,

/s/ David S. Lesser
David S. Lesser
Robert W. Trenchard
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone:  212-230-8800
Fax: 212-230-8888

Andrea J. Robinson
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: 617-526-6000
Fax:  617-526-5000

*Counsel for defendant Robert Avisson Scott*
