UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated, | x : : : : : | 11 Civ. 398 (GBD) |
|                Plaintiff, | : : | ECF Case |
|      vs. | : : : | Oral Argument Requested |
| THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al., | : : : : | |
|                Defendants. | : : : x | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel in this case for defendant Peter Denis Sutherland.

I certify that I am admitted to practice in this Court.

Dated: June 7, 2012

                                           Respectfully submitted,

                                           By: /s/ David S. Lesser
                                           David S. Lesser
                                           WILMER CUTLER PICKERING HALE
                                             AND DORR LLP
                                           399 Park Avenue
                                           New York, New York 10022
                                           Tel.: 212-230-8800
                                           Fax: 212-230-8888
                                           Email: david.lesser@wilmerhale.com