UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>　　　　　　　Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

　　　Please enter my appearance as counsel in this case for defendant Peter Denis Sutherland.

I certify that I am admitted to practice in this Court.


Dated: June 7, 2012

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　By: /s/ Robert W. Trenchard_____
　　　　　　　　　　　　　　　　　　　　　Robert W. Trenchard
　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE
　　　　　　　　　　　　　　　　　　　　　　AND DORR LLP
　　　　　　　	　　　　　　　　　　　　　399 Park Avenue
　　　　　　	　　　　　　　　　　　　　　New York, New York 10022
　　　　　　	　　　　　　　　　　　　　　Tel.: 212-230-8800
　　　　　　	　　　　　　　　　　　　　　Fax: 212-230-8888
　　　　　　	　　　　　　　　　　　　　　Email: robert.trenchard@wilmerhale.com