UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>                    Defendants. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | 11 Civ. 398 (GBD)<br><br>ECF Case<br><br>Oral Argument Requested |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

　　　　Please enter my appearance as counsel in this case for defendant Peter Denis Sutherland.

I certify that I am admitted to practice in this Court.


Dated: June 7, 2012

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Andrea J. Robinson_____
　　　　　　　　　　　　　　　　　　　　　　　　Andrea J. Robinson
　　　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　　　　 HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02109
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 617-526-600
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  617-526-5000
　　　　　　　　　　　　　　　　　　　　　　　　Email: andrea.robinson@wilmerhale.com