UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIGHTHOUSE FINANCIAL GROUP LLC,
Individually and On Behalf of All Others
Similarly Situated,

                        Plaintiff,

               -against-                            11-CV-398 (GBD)

THE ROYAL BANK OF SCOTLAND GROUP
PLC, ET AL.,

                        Defendants.
------------------------------------------------------------X
ETHAN GOLD, Individually and On Behalf of All
Others Similarly Situated,

                        Plaintiff,

               -against-                            11-CV-1162 (GBD)

THE ROYAL BANK OF SCOTLAND GROUP
PLC, ET AL.,

                        Defendants.
------------------------------------------------------------X

GEORGE B. DANIELS, District Judge:

       The oral argument in this matter scheduled for June 14, 2012 is adjourned to July 19, 2012 at 10 a.m.

Dated:  June 11, 2012
            New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge