UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
LIGHTHOUSE FINANCIAL GROUP,　　　　　:　　11 Civ. 398 (GBD)
Individually and on Behalf of All Others　　　　　　:
Similarly Situated,　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　ECF Case
　　　　　　　　　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　Oral Argument Requested
　　　　vs.　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
THE ROYAL BANK OF SCOTLAND　　　　　　　:
GROUP, PLC, et al.,　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

　　　　Please enter my appearance as counsel in this case for defendants James McGill Currie and William Friedrich.  I certify that I am admitted to practice in this Court.

Dated: June 21, 2012

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ David S. Lesser_____
　　　　　　　　　　　　　　　　　　　　　　　　David S. Lesser
　　　　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE
　　　　　　　　　　　　　　　　　　　　　　　　　 AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　　Tel.: 212-230-8800
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 212-230-8888
　　　　　　　　　　　　　　　　　　　　　　　　Email: david.lesser@wilmerhale.com