UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated, | x : : : : | 11 Civ. 398 (GBD) |
| Plaintiff, | : : | ECF Case |
| vs. | : : : | Oral Argument Requested |
| THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al., | : : : : | |
| Defendants. | : : : : | |
| | x | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendants James McGill Currie and William Friedrich.  I certify that I am admitted to practice in this Court.

Dated: June 21, 2012

Respectfully submitted,

By: /s/ Robert W. Trenchard_____
Robert W. Trenchard
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel.: 212-230-8800
Fax: 212-230-8888
Email: robert.trenchard@wilmerhale.com