UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIGHTHOUSE FINANCIAL GROUP,          x     11 Civ. 398 (GBD)
Individually and on Behalf of All Others    :
Similarly Situated,                         :
                                            :
                                            :     ECF Case
                    Plaintiff,              :
                                            :     Oral Argument Requested
          vs.                               :
                                            :
THE ROYAL BANK OF SCOTLAND                  :
GROUP, PLC, et al.,                         :
                                            :
                    Defendants.             :
                                            :
                                            :
                                            x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for defendants James McGill Currie

and William Friedrich.  I certify that I am admitted to practice in this Court.


Dated: June 21, 2012


                                    Respectfully submitted,


                                    By: /s/ Andrea J. Robinson_____
                                    Andrea J. Robinson
                                    WILMER CUTLER PICKERING
                                      HALE AND DORR LLP
                                    60 State Street
                                    Boston, Massachusetts 02109
                                    Telephone: 617-526-600
                                    Fax:  617-526-5000
                                    Email: andrea.robinson@wilmerhale.com