Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 263769-7

## *AFFIDAVIT OF PERSONAL SERVICE*

**Law Firm Requesting Service:**
ROBBINS, GELLER, ET AL
Ms. Natalee Horstman
655 W. Broadway, Ste. 1900
San Diego, CA  92101-8498

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Archibald Hunter
Court Case No. 1:11-cv-00398-GBD

| | |
|---|---|
| **Name of Server:** | **Stuart Sinclair, Sheriff Officer**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 12-Apr-2012 03:06 pm |
| **Place of Service:** | 13 Treemain Road, Glasgow G46 7LB, Scotland |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A; Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011 |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Archibald Hunter** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **M** ; Skin Color **Caucasian** ; Hair Color **Gray** ; Facial Hair ____ Approx. Age **60** ; Approx. Height **6'00"** ; Approx. Weight **140 lbs** ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Method of Service:** | By personally delivering them into the hands of same. Archibald Hunter was personally served on 12 April 2012 by Stuart Sinclair, Sheriff Officer with Andrew Stark as a witness. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. _signature_ Signature of Server APS International, Ltd. APS International Plaza · 7800 Glenroy Rd. Minneapolis, MN 55439-3122 | Subscribed and sworn to before me this 27 day of APRIL, 2012 _Carole A. Thomson_ Notary Public  (Commission Expires) NOTARY PUBLIC CAROLE ANN THOMSON 53 MOSS STREET PAISLEY. PA1 1DR |