Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 263769-5

**Law Firm Requesting Service:**
ROBBINS, GELLER, ET AL
Ms. Natalee Horstman
655 W. Broadway, Ste. 1900
San Diego, CA 92101-8498

*AFFIDAVIT OF PERSONAL SERVICE*

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Colin Alexander Mason Buchan
Court Case No. 1:11-cv-00398-GBD

| | |
|---|---|
| **Name of Server:** | Chris Andrew, Sheriff Officer, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 13-Apr-2012 10:00 am |
| **Place of Service:** | 53 Great King Street, Edinburgh EH3 6RP, Scotland |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A: Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011 |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: Colin Alexander Mason Buchan |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color Caucasian ; Hair Color Dark/Balding ; Facial Hair Mustache Approx. Age 58 ; Approx. Height 5'11" ; Approx. Weight 196 lbs ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Method of Service:** | By personally delivering them into the hands of same. Colin Alexander Mason Buchan was personally served on 13 April 2012 by Chris Andrew, Sheriff Officer with Patricia Thornton as a witness. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *[signature]* Signature of Server | Subscribed and sworn to before me this 30th day of April, 20 12 *[signature]* Notary Public   (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122