Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 263769-2

**Law Firm Requesting Service:**
ROBBINS, GELLER, ET AL
Ms. Natalee Horstman
655 W. Broadway, Ste. 1900
San Diego, CA  92101-8498

## *AFFIDAVIT OF PERSONAL SERVICE*

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Gordon Francis Pell
Court Case No. 1:11-cv-00398-GBD

| | |
|---|---|
| **Name of Server:** | Kevin O'Connor, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 11-Apr-2012 01:20 pm |
| **Place of Service:** | Mulsanne Farm, Nightingales Lane, Chalfont St Giles HP8 4SQ, England |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A; Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011 |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: Gordon Francis Pell |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color Caucasian ; Hair Color Gray ; Facial Hair ___ ; Approx. Age 60 ; Approx. Height 5'10" ; Approx. Weight 168 lbs ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Method of Service:** | By personally delivering them into the hands of same. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. _Signature_ Signature of Server | Subscribed and sworn to before me this 4th day of May, 2012 _Signature_ Notary Public   (Commission Expires) at death |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Martin Tanfield Smith -
Notary Public
Linslade, Leighton Buzzard
Bedfordshire England and Wales