Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 263769-10

**Law Firm Requesting Service:**
ROBBINS, GELLER, ET AL
Ms. Natalee Horstman
655 W. Broadway, Ste. 1900
San Diego, CA 92101-8498

## *AFFIDAVIT OF PERSONAL SERVICE*

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Janis Kong
Court Case No. 1:11-cv-00398-GBD

| | |
|---|---|
| **Name of Server:** | Norman Brennan, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 21-Apr-2012 01:00 pm |
| **Place of Service:** | Hillcroft, 108 Ashley Road, Walton-on-Thames KT12 1HP, England |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A; Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011 |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: Janis Kong |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F** ; Skin Color ____ ; Hair Color **Blonde** ; Facial Hair **N/A** ; Approx. Age **60** ; Approx. Height **5'09"** ; Approx. Weight **126 lbs** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Method of Service:** | By personally delivering them into the hands of same. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *[signature]* Signature of Server | Subscribed and sworn to before me this 30th day of April, 2012 *[signature]* Notary Public  (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Beverley Thompson-Haughton
Solicitor & Notary Public
Dixon Ward Solicitors
16 The Green Richmond Surrey TW9 1QD
020 8940 4051