Service of Process by

**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 263769-8

Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)

## *AFFIDAVIT OF PERSONAL SERVICE*

**Law Firm Requesting Service:**
ROBBINS, GELLER, ET AL
Ms. Natalee Horstman
655 W. Broadway, Ste. 1900
San Diego, CA 92101-8498

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Joseph Patrick MacHale
Court Case No. 1:11-cv-00398-GBD

| | |
|---|---|
| **Name of Server:** | **Robert Price**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 11-Apr-2012 02:40 pm |
| **Place of Service:** | The Old House, Wonston, Winchester SO21 3LS, England |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A; Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011 |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Joseph Patrick MacHale** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **M** : Skin Color **Caucasian** : Hair Color **Dark** : Facial Hair ___ Approx. Age **57** : Approx. Height **5'09"** : Approx. Weight **200 lbs** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Method of Service:** | By personally delivering them into the hands of same. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server |

Subscribed and sworn to before me this 20th day of APRIL, 2012

Nicholas J.M. Bowers
Notary Public          UPON DEATH
                       (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

NICHOLAS J.M. BOWERS
NOTARY PUBLIC
8 CUMBERLAND AVENUE
CHANDLERS FORD
HAMPSHIRE SO53 2JX
ENGLAND