Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 263769-1

Law Firm Requesting Service:
**ROBBINS, GELLER, ET AL**
**Ms. Natalee Horstman**
**655 W. Broadway, Ste. 1900**
**San Diego, CA  92101-8498**

## AFFIDAVIT OF PERSONAL SERVICE

Service in a foreign country pursuant to Article 10 of the Hague
Service Convention

--Mark Fisher
**Court Case No. 1:11-cv-00398-GBD**

| | |
|---|---|
| **Name of Server:** | **Chris Andrew, Sheriff Officer**                , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on  13-Apr-2012 10:10 am |
| **Place of Service:** | 13 Walker Street, Edinburgh EH3 7NE, Scotland |
| **Documents Served:** | the undersigned served the documents described as:
Summary of the Document to be Served; Summons in a Civil Action with attached Schedule A; Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011 |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on:
Mark Fisher |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:
Sex  M  :  Skin Color  Caucasian  : Hair Color   Blonde   : Facial Hair
Approx. Age     50     : Approx. Height    6'00"    ; Approx. Weight    217 lbs
✔ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Method of Service:** | By personally delivering them into the hands of same.
**Mark Fisher was personally served on 13 April 2012 by Chris Andrew, Sheriff Officer with Patricia Thornton as a witness.** |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.
Signature of Server | Subscribed and sworn to before me this
30th day of  April  , 20 12
Notary Public          (Commission Expires) |

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122