Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com

APS File: 263769-4

**Law Firm Requesting Service:**
ROBBINS, GELLER, ET AL
Ms. Natalee Horstman
655 W. Broadway, Ste. 1900
San Diego, CA 92101-8498

## *AFFIDAVIT OF SERVICE*

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Peter Denis Sutherland
Court Case No. 1:11-cv-00398-GBD

| | |
|---|---|
| **Name of Server:** | **Richard Ballagh**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **09-Mar-2012 12:10 pm** |
| **Place of Service:** | 68 Eglington Road, Donnybrook, Dublin 4, Ireland |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A: Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011 |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Peter Denis Sutherland**. By delivering them into the hands of **Mrs. Maria Sutherland**, a person of suitable age and discretion residing at the Place of Service. whose relationship to the person to be served is **Wife**. |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F**; Skin Color **Caucasian**; Hair Color **Brown**; Facial Hair ___; Approx. Age **65**; Approx. Height **5'07"**; Approx. Weight **126 lbs**. ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *[signature]* Signature of Server (Date) | Subscribed and sworn to before me this **23rd** day of **MARCH**, 20**12**. *Roger P. Ballagh* Notary Public (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

ROGER P. BALLAGH
NOTARY PUBLIC
CITY AND COUNTY
OF DUBLIN
COMMISSIONED FOR LIFE
127 LOWER BAGGOT STREET
DUBLIN 2

