Service of Process by

Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)



**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com

APS File: 263769-3

Law Firm Requesting Service:
ROBBINS, GELLER, ET AL
Ms. Natalee Horstman
655 W. Broadway, Ste. 1900
San Diego, CA 92101-8498

## AFFIDAVIT OF SERVICE

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Robert Avisson Scot
Court Case No. 1:11-cv-00398-GBI

| | |
|---|---|
| Name of Server: | **Chris Read**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| Date/Time of Service | that on 16-May-2012 04:20 pm |
| Place of Service: | Ashurst LLP, Broadwalk House, 5 Appold Street, London EC2A 2HA, England |
| Documents Served: | the undersigned served the documents described as: Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A; Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011 |
| Service of Process on, Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: **Robert Avisson Scott**  By delivering them into the hands of **Samantha Stewart-Smith**, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is **acting assistant to Ben Tidswell** |
| Foreign Law: | Robert Avisson Scott instructed that service of process be accomplished on him by serving the documents on his Solicitor, Mr. Ben Tidswell of the firm Ashurst LLP. Documentation supporting this service is attached. |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex **F**; Skin Color **Caucasian**; Hair Color **Blonde**; Facial Hair **N/A** Approx. Age **40**; Approx. Height **5'08"**; Approx. Weight **147 lbs** ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct.    Subscribed and sworn to before me this 1st day of June, 2012. DOES NOT EXPIRE (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

IN THE MATTER OF

LIGHTHOUSE FINANCIAL GROUP v THE ROYAL BANK OF SCOTLAND

And

Mr Robert Avisson Scott
Axford Lodge
Axford
Basingstoke
RG25 2DZ

**Defendant**

Upon written instructions as attached from Mr Scott, the papers relating to this matter are to be served on Mr Ben Tidswell, a Partner with Ashurst LLP at Broadwalk House, 5 Appold Street, London EC2A 2HA.

The papers are therefore accepted by me as an employee of Ashurst LLP Solicitors on the basis that Mr Ben Tidswell had been personally served.

Signed............................................

Dated 16th May 2012          Samantha Stewart-Smith.

65519

**art of the Davis Coleman Limited Group**

*Services to the Legal, Banking & Insurance Professions*

*Process Servers, Enquiry and Investigation Agents*

**Members of the British Agents Group**

From: RASAXFORD@aol.com [mailto:RASAXFORD@aol.com]
Sent: 14 May 2012 10:01
To: b.price@daviscoleman.com
Cc: Ben.Tidswell@ashurst.com
Subject: Legal papers

Mr Price  I have received your business card.  Please deliver the papers to my Solicitor in London. Mr Ben Tidswell of Ashurst.  R Scott

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2171 / Virus Database: 2425/4997 - Release Date: 05/13/12

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2171 / Virus Database: 2425/4997 - Release Date: 05/13/12