Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
**CivilActionGroup.com**

APS File: 263769-9

# AFFIDAVIT OF PERSONAL SERVICE

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Sir Stephen Arthur Robson
Court Case No. 1:11-cv-00398-GBD

Law Firm Requesting Service:
ROBBINS, GELLER, ET AL
Ms. Natalee Horstman
655 W. Broadway, Ste. 1900
San Diego, CA 92101-8498

**Name of Server:** Chris Read, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 24-Apr-2012 02:30 pm

**Place of Service:** 1 Holly Villas, Wellesley Ave., London W6 0UW, England

**Documents Served:** the undersigned served the documents described as:
Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A; Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Sir Stephen Arthur Robson

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  M ; Skin Color  Caucasian ; Hair Color  Gray ; Facial Hair
Approx. Age  65 ; Approx. Height  5'03" ; Approx. Weight  119 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Method of Service:** By personally delivering them into the hands of same.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 25th day of April, 2012

MY COMMISSION DOES NOT EXPIRE
(Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122