Service of Process by

Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)




APS International, Ltd.
1-800-328-7171
CivilActionGroup.com

APS File: 263769-6

# AFFIDAVIT OF ATTEMPTED SERVICE

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--James McGill Currie
Court Case No. 1:11-cv-00398-GBD

**Law Firm Requesting Service:**
ROBBINS, GELLER, ET AL
Ms. Natalee Horstman
655 W. Broadway, Ste. 1900
San Diego, CA 92101-8498

**Name of Server:** Anthony Taylor, undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was over the age of twenty-one, was not a party to this action

**Documents Served:** the undersigned attempted to serve the documents described as:

Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A; Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011

**Service of Process on:** The undersigned attempted to serve the documents on
James McGill Currie
and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

**Attempts:**

| Dates/Times of Attempted Service | Address Attempted | Reason for Non-Service |
|---|---|---|
| 04-Apr-2012 2:30 pm | Flat 7, 54 Queens Gate Terrace London SW7 5JW England | Nobody answered the door. |
| 11-Apr-2012 6:30 pm | Flat 7, 54 Queens Gate Terrace London SW7 5JW England | Nobody answered the door. |
| 08-May-2012 11:30 am | Flat 7, 54 Queens Gate Terrace London SW7 5JW England | Nobody answered the door. Established from neighbor at Flat 5 that Mr. Currie has moved from the Flat 7 address. |

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Server

Subscribed and sworn to before me this 25th day of June, 2012

[signature]
Notary Public (Commission Expires)

APS International, Ltd.
APS International Plaza - 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Richard Philip Godfrey Craik
Notary Public

MY COMMISSON ENDURES FOR SO LONG AS I SHALL PRACTISE

Orion Park
Northfield Avenue
Ealing, W13 9SJ
Tel No 020 8840 9524