Service of Process by



**APS International, Ltd.**
**1-800-328-7171**
**CivilActionGroup.com**

APS File: 263769-11

Lighthouse Financial Group, et. al., Plaintiff(s)
vs.
The Royal Bank of Scotland Group, PLC, et. al., Defendant(s)

## *AFFIDAVIT OF ATTEMPTED SERVICE*

**Law Firm Requesting Service:**
  **ROBBINS, GELLER, ET AL**
  **Ms. Natalee Horstman**
  **655 W. Broadway, Ste. 1900**
  **San Diego, CA  92101-8498**

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--**William Friedrich**
**Court Case No. 1:11-cv-00398-GBD**

| | |
|---|---|
| **Name of Server:** | **Robert Price** , undersigned, being duly sworn, deposes and says that at all times mentioned herein, s/he was over the age of twenty-one, was not a party to this action. |
| **Documents Served:** | the undersigned attempted to serve the documents described as: |

Summary of the Document to be Served, Summons in a Civil Action with attached Schedule A; Consolidated Amended Complaint with Exhibits A & B, Certificate of Service, and Service List - 10/31/2011

**Service of Process on:** The undersigned attempted to serve the documents on
**William Friedrich**

and after due and diligent efforts, was unable to effect service.
The following is a list of the attempts made to effect service:

**Attempts:**

| Dates/Times of Attempted Service | Address Attempted | Reason for Non-Service |
|---|---|---|
| 11-Apr-2012 11:00 am | The Old Rectory Rosemary Lane Alfold, Cranleigh GU6 8EU England | The current occupier of the address stated that William Friedrich returned to the United States, perhaps over a year ago. This was also confirmed with a local delivery operator. It is believed that William Friedrich is an American citizen. |

**Signature of Server:**  Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this
_2nd_ day of _July_ . 20_12_
Nicholas Jm Bowrs          UPON DEATH
Notary Public          (Commission Expires)

NICHOLAS J.M. BOWERS
NOTARY PUBLIC
8 CUMBERLAND AVENUE
CHANDLERS FORD
HAMPSHIRE SO53 2JX
ENGLAND