UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIGHTHOUSE FINANCIAL GROUP, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:11-cv-00398-GBD<br><br>CLASS ACTION |
| ETHAN GOLD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:11-cv-01162-NRB<br><br>CLASS ACTION |

NOTICE OF MOTION IN SUPPORT OF PLAINTIFFS' MOTION FOR
RECONSIDERATION OF THE COURT'S MEMORANDUM DECISION & ORDER
DATED SEPTEMBER 27, 2012

778427_1

PLEASE TAKE NOTICE that, pursuant to Rule 6.3 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, and supported by the accompanying memorandum of points and authorities, Lead Plaintiffs hereby move this Court to reconsider its September 27, 2012 Order, and to enter an order vacating the judgment entered on September 28, 2012 and granting Lead Plaintiffs leave to file a Second Consolidated Amended Complaint.

DATED:  October 12, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
JASON A. FORGE
DARRYL J. ALVARADO

s/ Jason A. Forge
JASON A. FORGE

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Lead Counsel for Plaintiffs

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2012.

> s/ Jason A. Forge
> JASON A. FORGE
>
> ROBBINS GELLER RUDMAN
>      & DOWD LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101-3301
> Telephone:  619/231-1058
> 619/231-7423 (fax)
>
> E-mail:  jforge@rgrdlaw.com

778427_1

# Mailing Information for a Case 1:11-cv-00398-GBD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Charles H. Dufresne , Jr**
  cdufresne@sglawyers.com

- **Paul Adam Engelmayer**
  paul.engelmayer@wilmerhale.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Shauna Kathleen Friedman**
  shauna.friedman@wilmerhale.com

- **D. Seamus Kaskela**
  skaskela@ktmc.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,efile@scott-scott.com

- **David Sapir Lesser**
  david.lesser@wilmer.com,lesserda@yahoo.com

- **James Stuart Notis**
  jnotis@gardylaw.com

- **Theodore J. Pintar**
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Andrea J. Robinson**
  andrea.robinson@wilmerhale.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David R. Scott**
  drscott@scott-scott.com,efile@scott-scott.com

- **Robert Walter Trenchard**
  robert.trenchard@wilmer.com

- **Curtis Victor Trinko**
  ctrinko@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ethan Gold
,

David M. Promisloff
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
```